**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

CHARISS FINAN, GLORIA FINAN-BACON, :
SHAWN BACON, KRISTIN DAYTON,      :
HAILEY DAYTON, C.D., a minor, KENTON :
STACY, LINDSEY STACY, L.S., a minor, :
M.S., a minor, S.S., a minor, A.S., a minor, :
CHARLES KEATING III, CASSANDRA,   :
KEATING, ELIZABETH BERRY JACEK,    :
ANDREW BERRY, NATHAN BERRY, A.B., :
a minor, N.B., a minor, MOHAMAD EL HAJJ :
HASSAN, ZEINAB EL HAJJ HASSAN,     :
AYDA AHMAD, and LEYLA EKREN,      :
                                                      :
       Plaintiffs,                        :
                                                      :
          v.                              :
                                                      :
                                                      :
LAFARGE S.A., LAFARGE CEMENT       :
HOLDING LIMITED, and LAFARGE       :
CEMENT SYRIA S.A.,                 :
                                                      :
       Defendants.                        :
------------------------------------------------------------ X

22-cv-07831 (NGG) (PK)

**Oral Argument Requested**

## NOTICE OF DEFENDANTS'
## MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Second Amended Complaint (ECF No. 37); the

accompanying Combined Memorandum of Law, dated December 7, 2023; and upon all prior

papers and proceedings herein, Defendants Lafarge S.A., Lafarge Cement Holding Limited, and

Lafarge Cement Syria S.A., through their undersigned counsel, will move this Court, before the

Honorable Nicholas G. Garaufis, United States District Judge, at the United States Courthouse,

225 Cadman Plaza East, Brooklyn, NY 11201, on a date and at a time designated by the Court, for

an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure,

dismissing the Second Amended Complaint in its entirety with prejudice and granting such other

and further relief as this Court may deem just and proper.

Dated: New York, New York
  December 7, 2023

           /s/ Jay K. Musoff
           Jay K. Musoff
           John Piskora
           Sarah Levitan Perry
           **LOEB & LOEB LLP**
           345 Park Avenue
           New York, NY 10154
           Telephone: 212-407-4212
           Facsimile: 212-407-4990


           *Attorneys for Lafarge S.A., Lafarge Cement*
           *Holding Limited, and Lafarge Cement Syria*
           *S.A.*