**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------- x
:
CHARISS FINAN, *et al.*,                               :
:
       Plaintiffs,                               :
:
          v.                                         :   22-cv-07831 (NGG) (PK)
:
LAFARGE S.A., *et al.*,                                :
:
       Defendants.                             :
:
------------------------------------------------------- x
:
TAMARA FIELDS, *et al.*,                               :
:
       Plaintiffs,                               :
:
          v.                                         :   23-cv-00169 (NGG) (PK)
:
LAFARGE S.A., *et al.*,                                :
:
       Defendants.                             :
:
------------------------------------------------------- x
:
DIANE FOLEY, *et al.*,                                 :
:
       Plaintiffs,                               :
:
          v.                                         :   23-cv-05691 (NGG) (PK)
:
LAFARGE S.A., *et al.*,                                :
:
       Defendants.                             :
:
------------------------------------------------------- X

**<u>NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of this motion, Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., through their undersigned counsel, hereby move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for reconsideration of portions of the Court's August 29, 2025 Memorandum and Order.

PLEASE TAKE NOTICE that pursuant to an agreement between the parties, answering papers, if any, are to be served by September 26, 2025.

Dated: New York, New York
       September 12, 2025

/s/ *Jay K. Musoff*
Jay K. Musoff
John Piskora
Chloe Gordilis
**LOEB & LOEB LLP**
345 Park Avenue
New York, NY 10154
Telephone:   212-407-4212
Facsimile:   212-407-4990

*Attorneys for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*