KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900
FACSIMILE:
(202) 326-7999

November 3, 2025

*Via ECF*

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court for the
Eastern District of New York
Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Unopposed Extension Request For Motion To Strike
              *Foley et al. v. Lafarge S.A. et al.*, No. 23-cv-05691-NGG (E.D.N.Y.);
              *Finan et al. v. Lafarge S.A. et al.*, No. 22-cv-07831-NGG (E.D.N.Y.)

Dear Judge Garaufis:

       Under Paragraph II(E) of the Court's Individual Rules, Plaintiffs in the above-captioned cases seek an unopposed 14-day extension to file a potential motion to strike Defendants' affirmative defenses. On October 14, 2025, Defendants answered the complaints and asserted several affirmative defenses. *See Foley* Dkt. 112; *Finan* Dkt. 91. Plaintiffs believe that several of those defenses are legally deficient and should be struck. Under Federal Rule of Civil Procedure 12(f), any motion to strike these defenses is due on November 4, 2025 – 21 days after the answer. Plaintiffs now seek a 14-day extension of that deadline, up to and including November 18.

       Good cause exists for the extension because the parties are currently in the process of meeting and conferring over the affirmative defenses and this potential motion. Because those discussions could narrow or eliminate the issues in dispute, a modest extension to accommodate the meet-and-confer process would promote judicial economy. Plaintiffs believe that the requested 14-day extension will make any subsequent motion practice more efficient.

       No previous requests for an extension of the motion-to-strike deadline have been sought or given. The proposed 14-day extension does not affect any other scheduled date in the case. The parties have conferred, and Defendants consent to the requested extension.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Nicholas G. Garaufis
November 3, 2025
Page 2

Plaintiffs are making this request within 48 hours of the existing deadline to accommodate Defendants' requested meet-and-confer schedule. Plaintiffs notified Defendants of the potential motion on October 31, and today Defendants requested that Plaintiffs wait to file it until the parties can meet-and-confer on Thursday or Friday of this week. Plaintiffs agreed to Defendants' request and promptly sought this extension to accommodate those discussions.

Plaintiffs thus respectfully request that the Court extend to November 18, 2025 Plaintiffs' deadline to file any motion to strike concerning Defendants' affirmative defenses.

Respectfully submitted,

*s/ Joshua D. Branson*
Joshua D. Branson
*Counsel for Foley Plaintiffs*

cc: All Counsel of Record (via ECF)

**Application granted.**
**So Ordered**
s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 11/4/25