**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
                                                         :
CHARISS FINAN, *et al.*,                                 :
                                                         :
        Plaintiffs,         :    22-cv-07831 (NGG) (PK)
                                                         :
        v.                    :    **MOTION OF SKADDEN, ARPS,**
                                                         :    **SLATE, MEAGHER & FLOM**
                                                         :    **LLP TO WITHDRAW AS**
LAFARGE S.A., *et al.*,                                  :    **COUNSEL OF RECORD**
                                                         :
        Defendants.           :
                                                         :
                                                         :
-------------------------------------------------------- x

Pursuant to Local Civil Rule 1.4, Skadden, Arps, Slate, Meagher & Flom LLP attorney

Timothy G. Nelson hereby submits this motion to withdraw Skadden, Arps, Slate, Meagher &

Flom LLP attorneys Timothy G. Nelson, Boris Bershteyn, Jacob G. Lefkowitz and Michael A.

McIntosh ("Skadden attorneys") as counsel of record for Defendants Lafarge S.A., Lafarge

Cement Holding Limited, and Lafarge Cement Syria S.A. ("Lafarge Defendants").

The law firm of Wilmer Cutler Pickering Hale and Dorr LLP, including attorneys David

W. Bowker, Alyson Zureick, Albinas Prizgintas and Jonathan E. Paikin who have entered

appearances on behalf of the Lafarge Defendants in this matter, will continue to represent the

Lafarge Defendants.

Prosecution and defense of this action will not be disrupted or delayed by the Skadden

attorneys' withdrawal because of the presence of other attorneys of record for the Lafarge

Defendants.  For the same reason, the Lafarge Defendants will not be materially prejudiced by the

withdrawal of the Skadden attorneys as attorneys of record for the Lafarge Defendants.

Skadden, Arps, Slate, Meagher & Flom LLP, through attorney Timothy G. Nelson, has explained its reason for withdrawal to the Lafarge Defendants.  The Lafarge Defendants, via its other counsel of record, and all other parties in this action will be served with this motion by the filing of this motion on ECF.

There are no restraining or charging liens currently being asserted.

WHEREFORE, for the foregoing reasons, Skadden, Arps, Slate, Meagher & Flom LLP attorneys Timothy G. Nelson, Boris Bershteyn, Jacob G. Lefkowitz and Michael A. McIntosh respectfully request the Court remove their appearances as counsel of record in this case and discontinue noticing through the CM/ECF system.

Dated: New York, NY
      December 15, 2025

    /s/ *Timothy G. Nelson*
Timothy G. Nelson
Boris Bershteyn
Jacob G. Lefkowitz
Michael A. McIntosh
**SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone:   (212)-735-2193
Facsimile:   (917)-777-2193
timothy.g.nelson@skadden.com
boris.bershteyn@skadden.com
jacob.lefkowitz@skadden.com
michael.mcintosh@skadden.com

*Attorneys for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*