## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARISS FINAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:22-cv-07831-NGG-PK |
| v. ) | |
| ) | |
| ) | **MOTION FOR ADMISSION** |
| ) | ***PRO HAC VICE*** |
| LAFARGE S.A., et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kyle Tramonte, respectfully move this Court for an Order for admission to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned action.

I am in good standing of the bar the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Certificates of good standing from the District of Columbia issued within thirty (30) days of this filing, as well as a declaration pursuant to Local Rule 1.3, are attached hereto.

By: /s/ *Kyle N. Tramonte*
Kyle N. Tramonte
Jenner & Block LLP
1099 New York Avenue, NW Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
KTramonte@jenner.com

*Attorney for Plaintiffs*

DATED: January 29, 2026