IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARISS FINAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> LAFARGE S.A., et al., ) <br> ) <br> Defendants. ) | Case No. 1:22-cv-07831-NGG-PK <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION** <br> *PRO HAC VICE* |

I, Kyle N. Tramonte, being duly sworn, hereby depose and say as follows:

1. I am an associate with the law firm of Jenner & Block LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My registration number with the bar of the District of Columbia is 1735419.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:22-cv-07831-NGG-PK for all Plaintiffs.

                                                    By: /s/ *Kyle N. Tramonte*
                                                            Kyle N. Tramonte
                                                            Jenner & Block LLP
                                                            1099 New York Avenue, NW Suite 900
                                                            Washington, DC 20001-4412
                                                            Telephone: (202) 639-6000
                                                            KTramonte@jenner.com

                                                           *Attorney for Plaintiffs*

DATED:  January 29, 2026