IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARISS FINAN, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>  Defendants. | **Case No. 1:22-cv-07831** |

**PLAINTIFF'S NOTICE OF CONSENT MOTION FOR
SUBSTITUTION OF REAL PARTY IN INTEREST**

PLEASE TAKE NOTICE that, upon the enclosed Motion For Substitution of Real Party in Interest, dated February 16, 2026, Plaintiff Cole Dayton hereby moves this Court, before Judge Nicholas G. Garaufis, Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza E, Brooklyn, New York 11201, for an Order (i) substituting Cole Dayton, individually, as surviving son of Chief Petty Officer Scott Cooper Dayton, as the real party in interest in place of Kristin Dayton, as legal guardian on behalf of C.D., and (ii) directing the Clerk of the Court to amend the docket to reflect the substitution.

Dated: February 16, 2026

<u>/s/ Todd. C. Toral</u>
Todd C. Toral
Jason P. Hipp
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
ttoral@jenner.com
jhipp@jenner.com

Brent Caslin (*pro hac vice*)
Jenner & Block LLP
515 South Flower Street
Los Angeles, CA 90071
Tel: (213) 239-5100
bcaslin@jenner.com

Kyle N. Tramonte (*pro hac vice*)
Jenner & Block LLP
1099 New York Avenue NW
Washington, D.C. 20001
Tel: (202) 639-6000
ktramonte@jenner.com

Lee Wolosky
Andrew J. Lichtman
Kathryn Bolas
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax:  (212) 728-8111
lwolosky@willkie.com
alichtman@willkie.com
kbolas@willkie.com

*Counsel for Finan Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Todd C. Toral
Todd C. Toral
*Counsel for Plaintiffs*