UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CHARISS FINAN, et al.,                    )
                                          )
                                          )
            Plaintiffs,                    )
                                          )
v.                                        )        **CASE NO. 1:22-cv-07831**
                                          )
                                          )
LAFARGE S.A., et al.,                     )
                                          )
                                          )
            Defendants.                    )

## STIPULATION AND ORDER TO AMEND
## COMPLAINT UNDER FED. R. CIV. P. 15(a)(2)

Plaintiffs Chariss Finan, Gloria Finan-Bacon, Shawn Bacon, Kristin Dayton, Hailey

Dayton, C.D., a minor, Kenton Stacy, Lindsey Stacy, L.S., a minor, M.S., a minor, S.S., a minor,

A.S., a minor, Charles Keating III, Cassandra Keating, Elizabeth Berry Jacek, Andrew Berry,

Nathan Berry, A.B, a minor, N.B., a minor, Mohamad El Hajj Hassan, Zeinab El Hajj Hassan,

Ayda Ahmad, and Leyla Ekren, (collectively, "Plaintiffs") and Defendants Lafarge S.A., Lafarge

Cement Holding Limited, and Lafarge Cement Syria S.A. ("Defendants"), through their

undersigned attorneys, stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Third Amended Complaint in this matter on December 13,

2024 (Doc. 91), which is currently the operative pleading;

WHEREAS, the Court issued a Memorandum & Order on Defendants' Motion to Dismiss

and Motion to Strike on August 29, 2025 ("Order on the Motion to Dismiss") (Doc. 102);

WHEREAS, the Court so-ordered the parties' proposed Discovery Plan/Scheduling Order

(Doc. 104);

WHEREAS, under the Discovery Plan/Scheduling Order, Plaintiffs have until November 26, 2025 to move to join new parties or amend pleadings (*Id.*);

WHEREAS, counsel for Plaintiffs have been retained by an additional member of the Keating family, William Keating, who wishes to join as a plaintiff in this action and whose father and sister are already Plaintiffs in the above-captioned action, on the basis of the injuries they suffered as a result of the death of Charles Keating IV,

WHEREAS, Defendants filed an Answer to the Third Amended Complaint on October 14, 2025 (Doc. 113);

NOW THEREFORE, without waiving any rights or defenses, it is stipulated, agreed, and ordered as follows:

1.     Plaintiffs may file a Fourth Amended Complaint under Federal Rule of Civil Procedure 15(a)(2), a redline copy of which is attached as Exhibit 1.

2.     The Fourth Amended Complaint need not be re-served on Defendants.

3.     Because the allegations in the Fourth Amended Complaint do not differ substantively from the Third Amended Complaint, the Court's existing Order on the Motion to Dismiss, as well as all other orders in this action, remain in effect and apply equally to the claims in the Fourth Amended Complaint.  All of the parties' existing allegations, arguments, and right to appeal on the basis of the Order on the Motion to Dismiss, any prior or subsequent filings or Orders, and the contents of the Third Amended Complaint, are preserved.

4.     Defendants shall file an Amended Answer that is responsive to the Fourth Amended Complaint no later than 21 days from the filing of the Fourth Amended Complaint.

**AGREED:**

/s/ Todd Toral                                     /s/ Timothy G. Nelson
                                                          Timothy G. Nelson

Todd Toral
Jason Hipp
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
Tel:  (212) 891-1600
ttoral@jenner.com
jhipp@jenner.com

Brent Caslin (*pro hac vice*)
Jenner & Block LLP
515 South Flower Street
Los Angeles, CA 90071
Tel:  (213) 239-5100
bcaslin@jenner.com

Alyssa Bernstein (*pro hac vice*)
Jenner & Block LLP
1099 New York Avenue NW
Washington, D.C. 20001
Tel:  (202) 639-6000
abernstein@jenner.com

Lee Wolosky
Andrew J. Lichtman
Kathryn Bolas
Willkie Farr & Gallagher LLP
787 Seventh Avenue |
New York, NY 10019
LWolosky@willkie.com
ALichtman@willkie.com
kbolas@willkie.com


*Counsel for Finan Plaintiffs*

Boris Bershteyn
Jacob G. Lefkowitz
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Tel.: (212) 735-3000
Fax: (212) 735-2000
timothy.g.nelson@skadden.com
boris.bershteyn@skadden.com
jacob.lefkowitz@skadden.com

Michael A. McIntosh
(admitted *pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel.: (202) 371-7000
Fax: (202) 393-5760
michael.mcintosh@skadden.com

Jay K. Musoff
John Piskora
Chloe Gordils
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Tel.: 212-407-4212
Fax: 212-407-4990
jmusoff@loeb.com
jpiskora@loeb.com
cgordils@loeb.com


*Attorneys for Lafarge S.A.,*
*Lafarge Cement Holding Limited, and*
*Lafarge Cement Syria S.A.*

**SO ORDERED:**
 s/Nicholas G. Garaufis

HON. N. G. GARAUFIS
 2/25/26