Case 1:22-cv-07831-NGG-PK   Document 163   Filed 04/30/26   Page 1 of 1 PageID #: 6479

**MANDATE**

E.D.N.Y. – Bklyn.
22-cv-7831
Garaufis, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-six.

Present:

José A. Cabranes,
Joseph F. Bianco,
William J. Nardini,
*Circuit Judges.*

---

In re Lafarge S.A., et al.,

*Petitioners,*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lafarge S.A., et al.,

*Petitioners,*

v.                                                                              25-3212

Chariss Finan et al., Tamara Fields et al., Diane Foley et al.,

*Respondents.*

---

Petitioners request a writ of mandamus.   Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioners have not demonstrated that exceptional circumstances warrant the requested relief.   *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/30/2025**