# EXHIBIT 1

**WILMERHALE**

July 24, 2026

**Michael R. Heyison**
General Counsel

+1 617 526 6910 (t)
+1 617 526 5000 (f)
michael.heyison@wilmerhale.com

**Via Email:** eli.kay-oliphant@sparacinopllc.com

Eli Kay-Oliphant
Sparacino PLLC
1920 L Street NW
Suite 835
Washington, DC 20036

Re:      **WilmerHale's Representation of Defendants in Lafarge ATA Matters**

Counsel:

I write in response to your July 21, 2026, email, which followed our July 16, 2026, call and previous exchanges of correspondence.  As discussed, we confirm that we represented Diane and John Foley from about August 28, 2013, until May 23, 2014, when the Foleys terminated the representation and informed WilmerHale they had new counsel.  WilmerHale never represented the Mueller, Sotloff, or Padnos plaintiffs, and we have no client files for them.

On July 2, 2026, and July 15, 2026, we sent the Foleys' client file materials to you, as you had requested.  As we explained last week, two WilmerHale lawyers worked on the Foley matter: Ron Meltzer, who was then a partner and is now of counsel, and Katrina Carroll, who was then a counsel and who left WilmerHale nearly ten years ago.  We have conducted a diligent search for Foley client-file materials, identified documents in our possession, and completed our transfer of those materials.  The records we located and transferred came from Mr. Meltzer's files; Ms. Carroll's files from that period were disposed of many years ago in accordance with WilmerHale's document retention policy.  We also provided time records for the Foley matter at your request.  The additional case opening and administrative materials you have requested are not part of the Foleys' client file.

You have asked us for information concerning screening implemented for specific individuals.  None of the individuals you have inquired about has ever done any work on the *Foley* or *Stallter* actions (collectively, "Lafarge ATA matter").  Matthew Olsen was screened from the Lafarge ATA matter on January 28, 2026.  Joshua Geltzer was screened from the Lafarge ATA matter on July 10, 2026.  Ron Meltzer was screened from the Lafarge ATA matter on June 26, 2026.  WilmerHale personnel working on the Lafarge ATA matter were screened from the closed Foley matter on July 10, 2026.

WILMERHALE

Eli Kay-Oliphant
July 24, 2026
Page 2


As we stated in our July 29, 2026, letter and reiterated during our call, our representation of the Lafarge defendants in the above cases does not conflict with our brief representation of the Foleys, which as you can see from the time records was a very limited engagement that ended more than twelve years ago.  The matters are not the same or substantially related, the scope of the Foley representation was limited to advice regarding compliance with U.S. Treasury regulations in connection with the Foleys' potential efforts, with which WilmerHale was not involved, to locate and attempt to procure the release of James Foley, and there is no reasonable basis for concluding that any confidential information from the representation of the Foleys would be of material assistance to the Lafarge defendants in the current cases.  Indeed, we are not aware that Mr. and Mrs. Foley provided any confidential information to WilmerHale, and you have not identified any.  In short, there is no reasonable basis to move for WilmerHale's disqualification.

Nevertheless, we share your view that the parties and Court would be well-served if costly, time-consuming, and non-productive motion practice can be avoided.  In order to fully resolve the matters raised in your letters, we propose that WilmerHale will not cross-examine Diane and John Foley or any other Foley relatives at deposition or trial relating to the Foley's efforts to obtain or provide funding, payment, or other assistance in connection with locating and attempting to procure the release of James Foley.  In the unlikely event those topics arise and examination is appropriate, conflicts counsel will handle any questioning on those topics.  In addition, any subpoena directed to John or Diane Foley individually shall be served by conflicts counsel.

Please let us know if you accept our proposal, or if further discussion would be helpful.


Sincerely,

*Michael R. Heyison*

Michael R. Heyison


MRH/nms
cc:     Bruce Berman, Esq.