**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FINAN, *et al.*,<br>Plaintiffs,<br>v.<br>LAFARGE S.A., *et al.*,<br>Defendants. | Case No. 1:22-cv-07831-NGG-PK |
| SHIRLEY, *et al.,*<br>Plaintiffs,<br>v.<br>LAFARGE S.A., *et al.,*<br>Defendants. | Case No. 1:25-cv-04248-NGG-PK |
| MURAD, *et al.,*<br>Plaintiffs,<br>v.<br>LAFARGE S.A., *et al.,*<br>Defendants. | Case No. 1:23-cv-09186-NGG-PK |

**PLAINTIFFS' JOINDER IN MOTION FOR SPOLIATION SANCTIONS BROUGHT IN *FOLEY ET AL. v. LAFARGE ET AL.***

Plaintiffs in the above-captioned cases ("Joinder Plaintiffs"), by and through their undersigned counsel, hereby join the Motion for Spoliation Sanctions (the "Motion") brought by Plaintiffs in *Foley et al. v. Lafarge et al.*, filed as Dkt. No. 214, *Foley et al. v. Lafarge et al.,* No.

23-cv-05691-NGG-PK (E.D.N.Y.).[1] The Joinder Plaintiffs hereby incorporate by reference all arguments, authorities, and requests for relief set forth in the Motion and accompanying proposed order. For the reasons set forth in the Motion, Defendants should be subject to spoliation sanctions.

Dated: September 2, 2026

/s/ Todd Toral

Todd C. Toral
William S.C. Goldstein
Julian J. Buff
Sarah A. Purtill
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
ttoral@jenner.com
wgoldstein@jenner.com
jbuff@jenner.com
spurtill@jenner.com

Lee Wolosky
Andrew J. Lichtman
Kathryn Bolas
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
lwolosky@willkie.com
alichtman@willkie.com
kbolas@willkie.com

Kyle N. Tramonte (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW
Washington, D.C. 20001
Tel: (202) 639-6000
ktramonte@jenner.com

*Counsel for Finan, Shirley, and Murad Plaintiffs*

Brent Caslin (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street
Los Angeles, CA 90071
Tel: (213) 239-5100
bcaslin@jenner.com

*Counsel for Finan and Shirley Plaintiffs*

Craig W. Carlson (*pro hac vice*)
Langdon D. Southworth (*pro hac vice*)
THE CARLSON LAW FIRM
100 East Central Texas Expressway
Killeen, TX 76541
254-526-5688
ccarlson@carlsonattorneys.com
lsouthworth@carlsonattorneys.com

*Counsel for Shirley Plaintiffs*

Amal Clooney (*pro hac vice*)
Alisha Mathew (*pro hac vice*)
OFFICE OF AMAL CLOONEY
54 Doughty Street
London
United Kingdom of Great Britain and Northern Ireland
(44) 204 526 1185
YazidiUS@amalclooney.co.uk
am@officeofac.co.uk

*Counsel for Murad Plaintiffs*

[1] Cross-filed at Dkt. No. 104, *Goldman et al. v. Lafarge et al.*, 24-cv-01043-NGG-PK; Dkt. No. 103, *Black et al. v. Lafarge et al.*, 24-cv-08901-NGG-PK; Dkt. No. 84, *Stallter et al. v. Lafarge et al.*, 25-cv-06749-NGG-PK.