**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARISS FINAN, *et al.*,<br>*Plaintiffs*,<br>v.<br>LAFARGE S.A., *et al.*,<br>*Defendants*. | Civil No. 1:22-cv-07831-NGG-PK |
| DIANE FOLEY, *et al.*,<br>*Plaintiffs*,<br>v.<br>LAFARGE S.A., *et al.*,<br>*Defendants*. | Civil No. 1:23-cv-05691-NGG-PK |
| NADIA MURAD, *et al.*,<br>*Plaintiffs*,<br>v.<br>LAFARGE S.A., *et al.*,<br>*Defendants*. | Civil No. 1:23-cv-09186-NGG-PK |
| ESTATE OF AVRAHAM GOLDMAN, *et al.*,<br>*Plaintiffs*,<br>v.<br>LAFARGE S.A., *et al.*,<br>*Defendants*. | Civil No. 1:24-cv-01043-NGG-PK |
| JASON BLACK, *et al.*,<br>*Plaintiffs*,<br>v.<br>LAFARGE S.A., *et al.*,<br>*Defendants*. | Civil No. 1:24-cv-08901-NGG-PK |
| SUSAN SHIRLEY, *et al.*,<br>*Plaintiffs*,<br>v.<br>LAFARGE S.A., *et al.*,<br>*Defendants*. | Civil No. 1:25-cv-04248-NGG-PK |
| CHRISTINE STALLTER, *et al.*,<br>*Plaintiffs*,<br>v.<br>LAFARGE S.A., *et al.*,<br>*Defendants*. | Civil No. 1:25-cv-06749-NGG-PK |

**DECLARATION OF DAVID W. BOWKER IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS**

I, David W. Bowker, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP, 2100 Pennsylvania Avenue, N.W., Washington, D.C. 20037, and counsel for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A. in the above-captioned actions. I am a member in good standing of the bars of the District of Columbia, the State of New York, and the State of California, and I have been admitted to practice before this Court.

2. I submit this declaration in support of Defendants' Memorandum in Opposition to Plaintiffs' Motion for Spoliation Sanctions. I have personal knowledge of the information in this declaration.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Alyson Zureick to Joshua Branson, dated June 1, 2026.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Summary of Document Collection and Review Process for Project Alpha, dated February 27, 2018, which Defendants produced in this litigation at ATA-M02382165 through ATA-M02382179.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Alyson Zureick to Chase Robinett, dated May 15, 2026.

6. Attached hereto as Exhibit 4 is a true and correct copy of an email exchange among counsel for the parties, spanning April 17 to July 27, 2026. The exhibit reflects email correspondence, exchanged before Plaintiffs filed their Motion for Spoliation Sanctions, regarding the discovery database in these actions. Defendants' counsel sent or received each of the emails in the exhibit, and the exhibit is a complete and accurate copy of the email exchange as Defendants' counsel sent and received it.

7. Attached hereto as Exhibit 5 is a true and correct copy, redacted as described in paragraph 10, of account statements from nonparty Bank Audi Lebanon for an account ending in 0430, dated July 16, 2026, which Defendants produced in this litigation at ATA-M02452755 through ATA-M02452768 and designated "Attorneys' Eyes Only" under the governing Confidentiality Order.

8. Attached hereto as Exhibit 6 is a true and correct copy, redacted as described in paragraph 10, of account statements from nonparty Bank Audi Lebanon for an account ending in 0431, dated July 16, 2026, which Defendants produced in this litigation at ATA-M02452810 through ATA-M02452811 and designated "Attorneys' Eyes Only" under the governing Confidentiality Order.

9. Attached hereto as Exhibit 7 is a true and correct copy, redacted as described in paragraph 10, of account statements from nonparty Bank Audi Lebanon for an account ending in 0433, dated July 16, 2026, which Defendants produced in this litigation at ATA-M02452769 through ATA-M02452800 and designated "Attorneys' Eyes Only" under the governing Confidentiality Order.

10. The only redactions in Exhibits 5, 6, and 7 are of the account numbers and International Bank Account Numbers (IBANs) that appear on each page, except for the last four digits. Unredacted copies of Exhibits 5, 6, and 7 are being submitted under seal with Defendants' motion for leave to file them under seal.

11. Attached hereto as Exhibit 8 is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Second Set of Merits Interrogatories, dated January 29, 2026.

12. Attached hereto as Exhibit 9 is a certified translation of excerpts from the judgment of the Paris Criminal Court, dated April 13, 2026, as produced by Defendants in this litigation at

ATA-M01370008 through ATA-M01370533. The excerpted portion includes ATA-M01370008 and ATA-M01370426 through ATA-M01370427.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2026

*<u>/s/ David W. Bowker</u>*
David W. Bowker
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 663-6000 (t)
(202) 663-6363 (f)
david.bowker@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by ECF.

Dated: October 2, 2026

*/s/ David W. Bowker*
DAVID W. BOWKER