Baker McKenzie.

*Privileged & Confidential*
*Attorney-Client Privilege*
*February 27, 2008*

**PROJECT ALPHA**

**SUMMARY OF DOCUMENT COLLECTION AND REVIEW PROCESS**

Below is a summary of the steps taken to collect and review information in the course of LafargeHolcim's internal investigation of allegations regarding dealings with Syria. The investigation process, which was initiated in 2016 and completed in 2017, adhered closely to generally accepted investigatory standards, including as to scoping, rigor, and independence. All necessary steps were undertaken to develop the relevant facts ultimately presented in the final report.

## 1. Identification of Document Custodians and Preservation of Documents

Document custodians were individuals believed to have possession or knowledge of information relevant to the investigation. Custodians were identified through a number of different methods, including individuals who (a) were in relevant management positions during the period in question or (b) were named in the course of document custodian interviews (see below). Each custodian was assigned a "priority" level based on their apparent significance to the matters subject to investigation. The specific priority levels were as follows:

- Priority 1: current and former employees who had been specifically identified in news reports, collected emails, or by other means as having direct or indirect involvement in the relevant matters.
- Priority 2: current and former employees who, although we were not aware of their having any involvement in the relevant matters, were nevertheless subject to document collection because of their high level positions within the company.
- Priority 3: current and former employees who were identified as being employees of, or employees who had regular contact with, LCS during the time period in question but who were not otherwise known to have any involvement in the relevant matters.

In order to preserve documents for purposes of the investigation, LafargeHolcim's IT department took steps to ensure against email deletion by document custodians. In addition, upon their identification as having potential relevance to the review, notices were sent to LafargeHolcim document custodians instructing them that they were required to retain all hard copy and electronic documentation related to the issues subject to investigation.

## 2. Document Custodian Interviews

Many current LafargeHolcim employees who were identified as document custodians under the criteria above were asked to participate in document custodian interviews. These non-substantive interviews were not intended to uncover information about the alleged problematic conduct. Rather, these interviews generally covered the custodian's role within the company and the sources of information within their possession that might be relevant to this review.

A full list of custodians that participated in these interviews is attached as **Annex A**.

## 3. Data Collection

Based on the results of the document custodian interviews and other efforts, the investigation collected significant amounts of hard copy and electronic data. These collection efforts primarily occurred between July and September 2016 in conjunction with custodian interviews. Document collection was intended to be relatively broad so as to ensure the preservation of potentially-relevant materials—even if these materials would not ultimately be subjected to review.

The key sources from which information was collected were as follows:

- Email data, including data from Lafarge SA and Lafarge Holcim's respective Google email services as well as email data for Paris-based employees that was stored on legacy Domino servers in Paris.
- The contents of document custodians' Google Drives (i.e., cloud-based data storage);
- Corporate data collected from the Lafarge SA server located in Paris, France ("Paris Server");
- External backups of the Lafarge Cement Syria server that was maintained in Damascus, Syria ("Damascus Server");
- Images of hard drives from laptops used by certain priority document custodians;
- Underlying data used in LCS's JDEdwards Enterprise One system;
- Hard copy documents, including those maintained in the Cairo, Egypt office previously used by Bruno Pescheux as well as in Paris, France.

These collections were carried out with the assistance of outside consultants from the firm PricewaterhouseCoopers ("PwC"). A full list of items collected in the course of this review is provided as **Annex B**. In total, the collected data had a volume of approximately 21.5 terabyte.[1]

## 4. Data Processing and Searching

After collection of data from these various sources, it is typically necessary to carry out "data processing." Data processing removes duplicate or extraneous files (e.g., systems files) and ensures that the data is fully searchable. PwC carried out the necessary processing of sources of information chosen by Baker McKenzie based on the likelihood that these sources would contain relevant information. Data that was not processed was not subjected to search terms. A complete list of data sources that were subjected to processing is provided as **Annex C**.

Once data was processed, Baker McKenzie instructed PwC to apply search terms to this data in order to identify responsive documents for further review. These search terms were based upon information collected through custodian interviews, the various media publications on these issues, and other sources. Terms were refined multiple times to limit the number of false positives and were tailored to specific groups of custodians or sources of information to maximize the likelihood that relevant documents would be identified. Terms that were not proper nouns were also translated into French and applied to the same sources of information as the equivalent English terms.

For other sources of data (e.g., the Damascus Server, the Paris Server, laptop images), Baker McKenzie formulated different sets of search terms. In some cases, the search terms applied mirrored the email search terms. In other cases, such as for laptops collected from employees based outside of Syria or for data maintained on the Paris Server, search terms were designed to be more broad in order to capture the full scope of discussions regarding operations in Syria.

An explanation of the search terms applied to each data source is provided as **Annex D**. In all, approximately 266,000 documents were included in the review platform because they were either (a) responsive to search terms, (b) related to (i.e., attached to) a file responsive to search terms, or (c) otherwise identified as relevant for the review.

---

[1] One terabyte is equal to 1,024 gigabytes. For reference, one terabyte could contain approximately 66.3 million pages of data in Microsoft Word documents.

## 5. Document Review Strategy

Documents responsive to these search terms and documents closely related to them (e.g., attachments) were uploaded by PwC to its Relativity review platform. Documents that contained no search terms applied to the specific custodian or source of data were not uploaded into Relativity and were not subject to further review by Baker McKenzie.

In the first instance, these responsive documents were reviewed by legal professionals at Baker McKenzie's Belfast Service Center in Belfast, Northern Ireland. At various points over the course of the review, which ran from October 2016 to January 2017, eleven reviewers (including three French speakers) were employed on this review project. These legal professionals conducted the review based on instructions from and under the supervision of Baker McKenzie's US attorneys. Primarily, this first level ("L1") review was designed to separate relevant or potentially relevant documents from documents that were responsive to search terms but ultimately not relevant to the review.

Over the course of the review, legal professionals at the Belfast Service Center reviewed approximately 150,000 documents that were responsive to search terms formulated by Baker McKenzie and applied by PwC. In all, these reviewers tagged 4,294 documents as relevant to the L1 review based on the criteria set out by Baker McKenzie's US attorneys.

Each document that was marked by the Belfast legal team as relevant was then reviewed by Baker McKenzie's US attorneys as part of a second level ("L2") review. In all, approximately 1,079 documents were marked as relevant to the L2 review. The US attorneys ultimately used the documents marked as relevant in the L2 review to prepare for interviews with relevant LafargeHolcim employees and to formulate the findings in the final report.

* * *

Please let us know if you have any further questions about the above matters.

**Annexes**

**Annex A** **List of Document Custodian Interview Participants**

**Annex B** **Full List of Collected Sources**

**Annex C** **Full List of Sources Subjected to Processing**

**Annex D** **Explanation of Keyword Search Terms**

Baker McKenzie.

*Privileged & Confidential*
*Attorney-Client Privilege*
*February 27, 2008*

**Annex A – List of Document Custodian Interview Participants**

| Custodian Name | Custodian Title* |
|---|---|
| Ahmad Al-Jaloudi | Former LCS Security Manager |
| Ali Suleiman | Former LCS Head of Internal Controls |
| Basel Kasem | Former LCS Senior Logistics Coordinator |
| Bi Yong Chungunco | Former Lafarge SA General Counsel |
| Bruno Lafont | Former Lafarge SA CEO |
| Bruno Pescheux | Former LCS CEO |
| Eliane Fourmond | Former Assistant to Christian Herrault |
| Eric Olsen | LafargeHolcim CEO |
| Frédéric Jolibois | Former LCS CEO |
| Gérard Kuperfarb | LafargeHolcim Executive Committee Member |
| Hassan Nada | Former LCS Purchasing Director |
| Helene Seguin | LafargeHolcim Staff Security Manager |
| Horia Adrian | LafargeHolcim Middle East Area Manager |
| Hugues Boissel Dombreval | LafargeHolcim Regional General Counsel for Middle East and Africa |
| Jean Claude Block | LafargeHolcim Head of Finance, Middle East & Africa |
| Jean-Claude Veillard | LafargeHolcim Head of Security |
| Jean-Jacques Gauthier | LafargeHolcim Executive Committee Member |
| Johnny Mouty | LCS Legal Compliance Manager |
| Mamdouh Al-Khaled | LCS Plant Manager |
| Mazen Shiekh Awad | LCS Human Resources Director |
| Mohammad Zind AlHadid | LCS Senior Accountant and Tax Specialist |
| Nabil Sandook | Former LCS Finance Director |
| Neil Curtis | LafargeHolcim Deputy General Counsel |
| Nermine Safraou | Former Office Coordinator for Bruno Lafont |
| Nicolas Vaniet | LafargeHolcim Head of Finance |
| Sâad Sebbar | LafargeHolcim Executive Committee Member |
| Stephanie Billet | Chief of Staff for Eric Olsen |
| Talin Nercessian | Former Assistant to Bruno Pescheux and Frederic Jolibois |
| Valerie Bazin | LafargeHolcim Internal Audit Department |
| Valery Mirakoff | Former LCS Chief Financial Officer |

*Titles provided here reflect the individual's title at the time of the interview except where their prior position was the basis for their identification as a document custodian.

Baker McKenzie.

*Privileged & Confidential*
*Attorney-Client Privilege*
*February 27, 2008*

**Annex B – Full List of Collected Sources**

The identified data types for each document custodian were collected in the course of this investigation.

| Custodian | Data Type |
|---|---|
| Abbas, Ahmad | • Google Email/Drive Data |
| Addoumieh, George | • Google Email/Drive Data |
| Adrian, Horia | • Laptop<br>• Hard Copies<br>• Google Email/Drive Data |
| Al Akkad, Safwan | • Google Email/Drive Data |
| Al Khaled, Mamdouh | • Laptop<br>• Google Email/Drive Data |
| Al Saleh, Hassan | • Google Email/Drive Data |
| Al Salloum, Samer | • Google Email/Drive Data |
| Aldin, Essam Taki | • Google Email/Drive Data |
| Alghanom, Najm | • Google Email/Drive Data |
| Artinian, Sonia | • Google Email/Drive Data<br>• Domino Email |
| Awad, Mazen Shiekh | • Laptop<br>• Mobile Phone<br>• Google Email/Drive Data |
| Bash, Amjad | • Google Email/Drive Data |
| Bazin, Valerie | • Hard Copies<br>• Google Email/Drive Data<br>• Domino Email |
| Billet, Stephanie | • Google Email/Drive Data<br>• Domino Email |
| Block, Jean Claude | • Laptop<br>• Hard Copies<br>• Google Email/Drive Data |
| Boissel, Dombreval Hugues | • Hard Copies<br>• Google Email/Drive Data<br>• Domino Email |
| Burnieh, Amjad | • Google Email/Drive Data |
| Callebat, Luc | • Google Email/Drive Data |
| Chungunco, Bi Yong | • Laptop<br>• Google Email/Drive Data<br>• Domino Email |
| Curtis, Neil | • Laptop<br>• Miscellaneous Files<br>• Google Email/Drive Data<br>• Domino Email |
| Daghestani, Ahmed | • Google Email/Drive Data |

| **Custodian** | **Data Type** |
|---|---|
| Fourmond, Eliane | • Laptop<br>• Google Email/Drive Data<br>• Domino Email |
| Fweity, Hala | • Google Email/Drive Data |
| Gauthier, Jean Jacques | • Laptop<br>• Google Email/Drive Data<br>• Domino Email |
| Haridy, Mohy | • Google Email/Drive Data |
| Herrault, Christian | • Google Email/Drive Data<br>• Domino Email |
| Jaloudi, Ahmad | • Laptop<br>• Mobile Phone<br>• Google Email/Drive Data |
| Jolibois, Frederic | • Laptop<br>• Mobile Phone<br>• Tablet<br>• Google Email/Drive Data |
| Kasem, Basel | • Laptop<br>• Google Email/Drive Data |
| Khodara, Jean Jerome | • Google Email/Drive Data<br>• Domino Email |
| Kuperfarb, Gerard | • Laptop<br>• External Hard Drive<br>• Laptop<br>• Google Email/Drive Data<br>• Domino Email |
| Lafont, Bruno | • Desktop<br>• Miscellaneous Files<br>• Google Email/Drive Data<br>• Domino Email |
| Malas, Fawzan | • Google Email/Drive Data |
| Mirakoff, Valery | • Mobile Phone<br>• Laptop<br>• USB Key<br>• Google Email/Drive Data |
| Mistrih, Hana | • Google Email/Drive Data |
| Mohammad, Hasan | • Google Email/Drive Data |
| Mouty, Johnny | • Laptop<br>• Google Email/Drive Data |
| Nabi, Mohammed | • Google Email/Drive Data |
| Nada, Hassan | • Google Email/Drive Data |
| Nassar, Ahmed | • Google Email/Drive Data |
| Nercessian, Talin | • Google Email/Drive Data |

| **Custodian** | **Data Type** |
|---|---|
| Olsen, Eric | • Two Laptops<br>• Google Email/Drive Data<br>• Domino Email |
| Pars, Atilla | • Google Email/Drive Data |
| Pescheux, Bruno | • Laptop<br>• Google Email/Drive Data |
| Rocca, Alexandra | • Google Email/Drive Data<br>• Domino Email |
| Roux, Guillaume | • Google Email/Drive Data<br>• Domino Email |
| Safraou, Nermine | • Two Laptops<br>• External Hard Drive<br>• iPad<br>• Hard Copies Collected in Zurich and Paris<br>• Google Email/Drive Data<br>• Domino Email |
| Saleem, Mustafa | • Google Email/Drive Data |
| Sandook, Nabil | • Laptop<br>• Google Email/Drive Data |
| Sebbar, Saad | • Laptop<br>• Google Email/Drive Data |
| Seguin, Helene | • Laptop<br>• Hard Copies<br>• Google Email/Drive Data<br>• Domino Email |
| Shabab, Thanaa | • Google Email/Drive Data |
| Shaheen, Malik | • Google Email/Drive Data |
| Shams, Hassan | • Google Email/Drive Data |
| Suleiman, Ali | • Laptop<br>• Mobile Phone<br>• Google Email/Drive Data |
| Trochon, Jean Yves | • Google Email/Drive Data<br>• Domino Email |
| Vaniet, Nicolas | • Google Email/Drive Data<br>• Domino Email |
| Veillard, Jean-Claude | • Laptop<br>• Hard Copies<br>• Google Email/Drive Data<br>• Domino Email |
| Waerness, Jacob | • Google Email/Drive Data |
| Zend, Mohammad | • Google Email/Drive Data |

In addition, the investigation collected LafargeHolcim ERP Data, Lafarge SA's Paris file server and legacy Domino email servers, a backup of the LCS file server, and certain hard copies maintained in Paris & Cairo.

**Annex C – Full List of Sources Subjected to Processing**

Because of the resources required to process and review data, not all materials were subjected to this process. Below is a list of all sources of information that were processed. Not all data that was processed was subject to search terms. Electronic data that was not processed and searched were and remain preserved by PwC and would be available for further processing.

| Custodian | Data Type |
|---|---|
| Abbas, Ahmad | • Google Email/Drive Data |
| Addoumieh, George | • Google Email/Drive Data |
| Adrian, Horia | • Google Email/Drive Data |
| Al Akkad, Safwan | • Google Email/Drive Data |
| Al Khaled, Mamdouh | • Google Email/Drive Data |
| Al Saleh, Hassan | • Google Email/Drive Data |
| Al Salloum, Samer | • Google Email/Drive Data |
| Aldin Essam, Taki | • Google Email/Drive Data |
| Alghanom, Najm | • Google Email/Drive Data |
| Artinian, Sonia | • Google Email/Drive Data<br>• Domino Email |
| Awad, Mazen Shiekh | • Laptop<br>• Google Email/Drive Data |
| Bash, Amjad | • Google Email/Drive Data |
| Bazin, Valerie | • Google Email/Drive Data<br>• Domino Email |
| Billet, Stephanie | • Google Email/Drive Data<br>• Domino Email |
| Block, Jean Claude | • Google Email/Drive Data |
| Boissel, Dombreval Hugues | • Google Email/Drive Data<br>• Domingo Email |
| Burnieh, Amjad | • Google Email/Drive Data |
| Callebat, Luc | • Google Email/Drive Data |
| Chungunco, Bi Yong | • Google Email/Drive Data<br>• Domino Email |
| Curtis, Neil | • Miscellaneous Files<br>• Google Email/Drive Data<br>• Domino Email |
| Daghestani, Ahmed | • Google Email/Drive Data |
| Fourmond, Eliane | • Google Email/Drive Data<br>• Domino Email |
| Fweity, Hala | • Google Email/Drive Data |
| Gauthier, Jean Jacques | • Google Email/Drive Data<br>• Domino Email |
| General Materials | • Miscellaneous Hard Copies Collected from Paris & Cairo Offices<br>• Paris File Server<br>• LCS File Server Backup |

| **Custodian** | **Data Type** |
|---|---|
| Haridy, Mohy | • Google Email/Drive Data |
| Herrault, Christian | • Google Email/Drive Data<br>• Domino Email |
| Jaloudi, Ahmad | • Laptop<br>• Google Email/Drive Data |
| Jolibois, Frederic | • Laptop<br>• Google Email/Drive Data |
| Kasem, Basel | • Google Email/Drive Data |
| Khodara, Jean Jerome | • Google Email/Drive Data<br>• Domino Email |
| Kuperfarb, Gerard | • Google Email/Drive Data<br>• Domino Email |
| Lafont, Bruno | • Desktop<br>• Google Email/Drive Data<br>• Domino Email |
| Malas, Fawzan | • Google Email/Drive Data |
| Mirakoff, Valery | • Google Email/Drive Data |
| Mistrih, Hana | • Google Email/Drive Data |
| Mohammad, Hasan | • Google Email/Drive Data |
| Mouty, Johnny | • Google Email/Drive Data |
| Nabi, Mohammed | • Google Email/Drive Data |
| Nada, Hassan | • Google Email/Drive Data |
| Nassar, Ahmed | • Google Email/Drive Data |
| Nercessian, Talin | • Google Email/Drive Data |
| Olsen, Eric | • Two Laptops<br>• Google Email/Drive Data<br>• Domino Email |
| Pars, Atilla | • Google Email/Drive Data |
| Pescheux, Bruno | • Laptop<br>• Google Email/Drive Data |
| Rocca, Alexandra | • Google Email/Drive Data<br>• Domino Email |
| Roux, Guillaume | • Google Email/Drive Data<br>• Domino Email |
| Safraou, Nermine | • Two Laptops<br>• Hard Copies Collected in Paris<br>• Google Email/Drive Data<br>• Domino Email |
| Saleem, Mustafa | • Google Email/Drive Data |
| Sandook, Nabil | • Google Email/Drive Data |
| Sebbar, Saad | • Google Email/Drive Data |

| **Custodian** | **Data Type** |
|---|---|
| Seguin, Helene | • Laptop<br>• Hard Copies<br>• Google Email/Drive Data<br>• Domino Email |
| Shabab, Thanaa | • Google Email/Drive Data |
| Shaheen, Malik | • Google Email/Drive Data |
| Shams, Hassan | • Google Email/Drive Data |
| Suleiman, Ali | • Google Email/Drive Data |
| Trochon, Jean Yves | • Google Email/Drive Data<br>• Domino Email |
| Vaniet, Nicolas | • Google Email/Drive Data<br>• Domino Email |
| Veillard, Jean-Claude | • Laptop<br>• Hard Copies<br>• Google Email/Drive Data<br>• Domino Email |
| Waerness, Jacob | • Google Email/Drive Data |
| Zend, Mohammad | • Google Email/Drive Data |

**Annex D – Explanation of Keyword Search Terms**

As previously explained, different search terms were applied to each specific type of data. An overview of the search terms applied is provided below.

## 1. Search Terms Applied to Individual Email and Cloud Data

Because of their apparent significance to company communication and data storage, email and cloud data from a variety of custodians were subjected to the search and review process discussed above. Terms were applied to both Google and Domino email data as well as data in custodians' Google Drive (i.e., cloud storage folder). The search terms that were applied to each custodian's data were based on their apparent significance to the activities in question (i.e., their "priority" level) and their specific function within the company. This tailoring of search terms was necessary in order to limit the number of "false positive" documents that were responsive to search terms but were not actually relevant to the review.

In Attachment 1 to Annex D, we provide a spreadsheet with the following sheets:

- **Priority 1&2 Email Search Terms**: The search terms prepared for Priority Group 1 and Priority Group 2 custodians;
- **Priority 1&2 Google Application**: The categories of search terms applied to the Google Email/Drive data of each Priority Group 1 and Priority Group 2 custodians;
- **Priority 1&2 Domino Application**: The categories of search terms applied to the Domino email data of specific Priority Group 1 and Priority Group 2 custodians;[2]
- **Priority 3 Search Terms**: The search terms prepared for Priority Group 3 custodians; and
- **Priority 3 Application**: The categories of search terms applied to the Google Email/Drive data of each Priority Group 3 custodian.[3]

As is shown in the search term lists, terms that were not proper nouns were translated into French. Also, specific time periods were applied for each term based on an assessment of the period in which the presence of a term would likely be relevant to this review.

In order to determine what terms were applied to the data of each custodian, it is necessary to compare the categories on each list of search terms to the charts showing the application of search terms. Put simply, if a custodian has a "yes" in the application chart under a specific category of search terms, those search terms were applied to the custodian's data. If a custodian has a "no" in the application chart for a specific category of search terms, those terms were not applied to that custodian's data.

Documents that contained one or more of the terms applied to each respective custodian and that were within the identified time period were considered responsive and subjected to review.

## 2. Search Terms Applied to the Paris Server Data

The significant volume of data maintained on Lafarge SA's server in Paris made processing and applying search terms to the full contents of the server impractical. Instead, two different strategies were employed to identify potentially relevant information in specific subfolders. First, all documents dated on or after January 1, 2011 and

[2] Note that Domino email data for only some Priority Group 2 custodians was subjected to search terms.
[3] Note that Domino email data was not reviewed for Priority Group 3 custodians.

found in the following subfolders were considered responsive and subjected to review because of their apparent links to Syria:

- Y:\Users\Jean-Claude.Veillard\pays\Syrie
- Y:\Services\SRV_DAJF\CORPORATE & SECURITIES LAW\DOSSIERS PAYS\HOLDING MEA - dossier du Caire\Dossiers Bureau Caire_mai 2012\Syria\
- Y:\Services\INF_SIEG__PARTAGES_INTERSERVICES\Secretariat JDM - Fichiers Communs\JDM - Dossiers Monik\ORGANISMES DIVERS\PETER HARLING - International Crisis Group\
- Y:\Services\AUDIT\1. Assignments\2010\10_004 CEM Investments Projects\3. General info\Aleppo\
- Y:\Services\INF_SIEG__PARTAGES_INTERSERVICES\Transfert JDS-VB\DOSSIERS LAURENCE\AA-PAYS et PROJETS\SYRIE\
- Y:\Services\SRV_DAJF\DOSSIERS PERSONNELS\CURTIS\Mes documents\CURTIS\Syrie\
- Y:\Services\SRV_DAJF_2\FINANCINGS\Subsidiary financings\2013 Syria restructuring\
- Y:\Services\INF_SIEG__PARTAGES_INTERSERVICES\Secretariat JDM - Fichiers Communs\JDM - Dossiers Monik\A PAYS\SYRIE\
- Y:\Services\Dev_Durable\CO2\CDM - JI\Projet pays\Syria\

Second, certain subfolders were subjected to specific search terms. Specifically, the following search terms were applied to the user folders of Helene Seguin and Jean-Claude Veillard as well as a folder for the Lafarge SA Security function:[4]

- "Syri*"
- "LCS"
- "Ahm?d" OR "Jaloudi"
- "Jacob" OR "Jakob" OR "Waerness"
- "jacobwaerness@gmail.com"
- "mj.jaloudi@gmail.com"
- "AJinternational1963@gmail.com"
- "Pescheux"

[4] The specific folders in question were:
- Y:\Users\Helene.Seguin\
- Y:\Users\Jean-Claude.Veillard\
- Y:\Services\SURETE\

- "Jolibois"

Similarly, the following search terms were applied to subfolders containing information about the operations of the Lafarge SA Executive Committee and Board of Directors' operations:[5]

- "Syri*"
- "LCS"
- "Jaloudi"
- "Waerness"
- "Pescheux"
- "Jolibois":

Documents in these subfolders that were dated on or after January 1, 2011 and contained one or more of the applicable terms listed above were considered responsive and subjected to review.

### 3. Search Terms Applied to the Damascus Server Data

Unlike the Lafarge SA server in Paris, the entire backup data from LCS's server in Damascus was subjected to search terms. These search terms are provided in the "**LCS Server Search Terms**" sheet of Attachment 1 to Annex D. Documents that contained one or more of the terms listed on this sheet were considered responsive and subjected to review.

### 4. Search Terms Applied to Laptop Data

Laptop images for laptops from nine custodians were subjected to search terms. In Attachment 1 to Annex D, we provide a spreadsheet with the following sheets:

- **Employee Laptop Search Terms**: The search terms prepared for Priority Group 1 and Priority Group 2 custodians;
- **Employee Laptop Application**: The categories of search terms applied to the laptops collected from each of the listed custodians.

Documents that contained one or more of the terms applied to each respective custodian and that were within the identified time period were considered responsive and subjected to review.

### 5. Search Terms Applied to Hard Copy Documents

Hard copy documents collected from Lafarge SA headquarters were scanned, processed, and subjected to the following search terms:

- "Syri*"
- "LCS"

---

[5] The specific folders in question were:
- Y:\Services\SECRETARIAT_BL\ComEx\
- I:\CORPORATE LAFARGE SA\COMITES
- Y:\Services\SRV_DAJF\CORPORATE LAFARGE SA\CONSEIL LAFARGE SA\

- "Damascus"
- "Pescheux"
- "Jolibois"

Other hard copy documents collected from Cairo or from custodians Helene Seguin, Jean-Claude Veillard, and Nermine Safraou were not subjected to search terms, and all of these documents were uploaded to Relativity.