**From:** "McKinstry, Aileen L."
**Sent:** Monday, July 27, 2026 10:47 PM UTC
**To:** "Smith; Lillian V." ; "Pan; Cindy" ; "Branson; Joshua D." ; "Wilkes Klein; Michaela S." ; "Robinett; Chase H." ; WH Lafarge Litigation Service List EXTERNAL
**Cc:** SERVICE LAFARGE KELLOGG ; SPLLC Lafarge Service ; WillkieLafargeServiceList ; DL_SERVICELAFARGEJENNER ; "ServiceLafargeCarlson@carlsonattorneys.com" ; SteinMitchellMMService_Lafarge
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

---

Counsel,

In Defendants' June 26, 2026 Letter to L. Smith, Defendants agreed to provide the Bates numbers for the following documents listed below:

> **Original bank statements**, defined in Defendants' June 1, 2026 Letter to L. Smith as "[r]ecords characterized by PwC as an original bank statement, an extract from an original bank statement, or an original payment instruction": ATA-M00109156; ATA-M00109159; ATA-M00109163; ATA-M00109164; ATA-M00109166; ATA-M00109168; ATA-M00109178; ATA-M00109336; ATA-M00109343; ATA-M00109353; ATA-M00109362; ATA-M00109375; ATA-M00109435; ATA-M00109460; and ATA-M00109507;
>
> **Document retention policies**: ATA-M00878853 to ATA-M00879016; and
>
> **The Beg Bates number for FRMLAT_00004474**: ATA-M02215000.

Best,

Aileen

---

**From:** Smith, Lillian V. <lsmith@kellogghansen.com>
**Sent:** Wednesday, July 1, 2026 2:40 PM
**To:** Pan, Cindy <Cindy.Pan@wilmerhale.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

**EXTERNAL SENDER**

Cindy,

We are available to meet and confer at 3:30 p.m. ET tomorrow. I will circulate a calendar invite with a Zoom link. Thank you.

Regards,

Lily

**Lillian V. Smith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7974

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Pan, Cindy <Cindy.Pan@wilmerhale.com>
**Sent:** Friday, June 26, 2026 7:18 PM
**To:** Smith, Lillian V. <lsmith@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Counsel,

Please see attached correspondence. We are available at the following times on Thursday (7/2) for a meet-and-confer: 12:30pm – 2:00pm ET or 3:30pm – 5:00pm ET. Thank you.

Best,

Cindy

**Cindy Pan | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 937 7275 (t)

+1 212 230 8888 (f)
cindy.pan@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Pan, Cindy
**Sent:** Friday, June 19, 2026 1:51 PM
**To:** Smith, Lillian V. <lsmith@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Thanks for reaching out, Lily. We think any meet and confer would be more productive after you have a chance to review our letter responding to the issues you raised. We are endeavoring to respond to you sometime next week and will send along windows of availability for a meet and confer with our letter response.

Have a good holiday weekend.

Best,

Cindy

**Cindy Y. Pan | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 937 7275 (t)
+1 212 230 8888 (f)
cindy.pan@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postm

aster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Smith, Lillian V. <lsmith@kellogghansen.com>
**Sent:** Friday, June 19, 2026 8:55 AM
**To:** Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

EXTERNAL SENDER

Counsel,

Following up on the below, please provide dates/times you are available to meet and confer regarding the attached.

Thanks,

Lily

**Lillian V. Smith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7974

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Smith, Lillian V.
**Sent:** Monday, June 15, 2026 3:44 PM
**To:** Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>

**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Counsel,

Please see the attached correspondence. Please provide times Defendants are available this week to discuss these issues. Thank you.

Regards,

Lily

**Lillian V. Smith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7974

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Smith, Lillian V. <lsmith@kellogghansen.com>
**Sent:** Thursday, June 4, 2026 12:58 PM
**To:** Metz, Justin R. <Justin.Metz@wilmerhale.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Hi Justin,

Thanks for following up. We aren't available today, so let's do 1 p.m. tomorrow. I will circulate a calendar invite shortly.

Thanks,

Lily

**Lillian V. Smith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7974

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Metz, Justin R. <Justin.Metz@wilmerhale.com>
**Sent:** Thursday, June 4, 2026 11:03 AM
**To:** Smith, Lillian V. <lsmith@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Lily,

I would like to follow up on the below. We are also available from 11-12 or from 1-2 tomorrow.

Best,

Justin

---

**From:** Metz, Justin R.
**Sent:** Tuesday, June 2, 2026 8:07 PM
**To:** Smith, Lillian V. <lsmith@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com;

SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Lily,

We are unavailable to meet and confer on June 3. We are available from 11am-2pm on June 4. Please let us know if that works for you.

Best,

Justin

---

**From:** Metz, Justin R. <Justin.Metz@wilmerhale.com>
**Sent:** Monday, June 1, 2026 8:14 PM
**To:** Smith, Lillian V. <lsmith@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Counsel,

Please see the attached correspondence.

Best,

Justin

---

**From:** Smith, Lillian V. <lsmith@kellogghansen.com>
**Sent:** Thursday, May 28, 2026 12:55 PM
**To:** Metz, Justin R. <Justin.Metz@wilmerhale.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

**EXTERNAL SENDER**

Justin,

The Court's direction was for the parties to meet and confer about these questions, and we think it is appropriate to do so on a rolling basis. In the interest of compromise, however, we will agree to wait to meet and confer until we receive the balance of Defendants' answers on June 1—provided that you commit now to a meet and confer the week of June 1. We are available any time before noon on June 3; please provide a one-hour window that works for Defendants that morning. Thank you.

Regards,

Lily

**Lillian V. Smith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7974

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Metz, Justin R. <Justin.Metz@wilmerhale.com>
**Sent:** Tuesday, May 26, 2026 12:09 PM
**To:** Smith, Lillian V. <lsmith@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Hi Lily,

We are diligently working to investigate the balance of your 51 questions and, as agreed, will provide a response next week. We believe it will be more efficient to meet and confer once you have received that response.

Best,

Justin

---

**From:** Smith, Lillian V. <lsmith@kellogghansen.com>
**Sent:** Friday, May 22, 2026 10:23 AM
**To:** Metz, Justin R. <Justin.Metz@wilmerhale.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

**EXTERNAL SENDER**

Justin,

Thank you for sending answers to some of the Database follow-up questions. We would like to meet and confer next week about Defendants' answers. Could you please provide some times on Tuesday or Wednesday you are available? Thank you.

Lily

**Lillian V. Smith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7974

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Metz, Justin R. <Justin.Metz@wilmerhale.com>
**Sent:** Wednesday, May 20, 2026 9:58 PM
**To:** Branson, Joshua D. <jbranson@kellogghansen.com>; Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Smith, Lillian V. <lsmith@kellogghansen.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>;

SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Counsel,

Please see the attached correspondence.

Best,

Justin

---

**From:** Branson, Joshua D. <jbranson@kellogghansen.com>
**Sent:** Saturday, May 16, 2026 11:58 AM
**To:** Wilkes Klein, Michaela S. <Michaela.WilkesKlein@wilmerhale.com>; Smith, Lillian V. <lsmith@kellogghansen.com>; Metz, Justin R. <Justin.Metz@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** Re: [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

**EXTERNAL SENDER**

We consent to this extension.

---

**From:** "Wilkes Klein, Michaela S." <Michaela.WilkesKlein@wilmerhale.com>
**Date:** Friday, May 15, 2026 at 8:08 PM
**To:** "Smith, Lillian V." <lsmith@kellogghansen.com>, "Metz, Justin R." <Justin.Metz@wilmerhale.com>, "Robinett, Chase H." <crobinett@kellogghansen.com>, WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>, SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>, WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>, DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>, "ServiceLafargeCarlson@carlsonattorneys.com" <servicelafargecarlson@carlsonattorneys.com>, SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Lily:

We are diligently working on our first tranche of substantial responses to your questions about Defendants' collection and preservation efforts. Nevertheless, we would appreciate a two-day extension—to Wednesday, May 20—to allow us to complete our diligence on these issues. Please let me know if you will agree.

Thank you.

Best,

Michaela

---

**From:** Smith, Lillian V. <lsmith@kellogghansen.com>
**Sent:** Friday, May 8, 2026 11:32 AM
**To:** Metz, Justin R. <Justin.Metz@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: Lafarge Litigation - Database Follow-Up Questions

**EXTERNAL SENDER**

Justin,

Thank you for working with us on this. We understand Defendants will start providing substantial answers to these questions on a rolling basis on May 18 and will provide complete responses by June 1. With that understanding, while we will provide the Court with an update on this issue at the hearing, we don't plan to raise any disputes about it. Thank you.

Lily

**Lillian V. Smith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7974

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Metz, Justin R. <Justin.Metz@wilmerhale.com>
**Sent:** Thursday, May 7, 2026 7:48 PM
**To:** Smith, Lillian V. <lsmith@kellogghansen.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Lily,

We disagree with your characterization of yesterday's call. During the hour-long meet and confer, we walked through numerous of your 51 questions and provided substantive information on numerous topics, including: the identity of the sources consulted in preparing our interrogatory responses; the entities involved in collection efforts, including PwC, Baker McKenzie, European counsel, Consilio, and personnel at Holcim; the dates of collection efforts and the updates made to the database over time; the status of our ongoing investigation into the availability of mobile data; and clarification that the relevant-time-period reference in our interrogatory responses is not limiting the scope of data in the database. That is not “not… a single answer.”

Plaintiffs' questions are extensive — 51 in total, over 100 counting subparts — and many require significant investigation, including outreach to multiple law firms, database vendors, and client personnel in several countries, as well as review of records dating back over a decade. An additional two weeks to provide comprehensive written answers to these questions is reasonable. That said, in the interest of compromise, we are prepared to provide an interim written response to a subset of questions by May 18, with a complete response to follow by June 1. In exchange, we would ask that Plaintiffs agree to remove this issue from the upcoming discovery conference.

Best,

Justin

---

**From:** Smith, Lillian V. <lsmith@kellogghansen.com>
**Sent:** Thursday, May 7, 2026 2:05 PM
**To:** Metz, Justin R. <Justin.Metz@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>;

SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: Lafarge Litigation - Database Follow-Up Questions

EXTERNAL SENDER

Justin,

We disagree that yesterday's call was productive. We appreciate that you are working on answers to our questions, but we still do not have a single answer to any of the questions we served almost three weeks ago, even after yesterday's hour-long conversation. And we do not agree to grant Defendants another two weeks to answer these questions. As my email clearly states, that offer was conditional on Defendants starting to provide substantial answers by May 18—an offer you refused. There is no reason Defendants cannot begin providing answers by May 18 to simple questions such as when collections were made, from whom, and for what time periods (Nos. 4, 6), the types of data collected from the few mobile phones Defendants imaged and how those data were collected (Nos. 11, 12), the contents of the Global custodial file (No. 24), and the dates and recipients of the litigation holds Defendants issued (No. 35)—all questions we would have expected Defendants to know the answers to already given that Defendants have previously provided sworn interrogatory responses that directly implicate these issues.

It is unfortunate Defendants aren't willing to come to the table on reasonable compromises. We intend to ask the Court to hold Defendants to a May 18 deadline at the hearing.

Regards,

Lily

**Lillian V. Smith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7974

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Metz, Justin R. <Justin.Metz@wilmerhale.com>
**Sent:** Wednesday, May 6, 2026 10:09 PM
**To:** Smith, Lillian V. <lsmith@kellogghansen.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEX

TERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Lily,

We agree it was a productive call. We already provided substantial answers to the questions today and are continuing to investigate the 51 questions (with 100 subparts). It is not efficient to break up the responses into separate letters. We appreciate you agreeing to an additional two weeks beyond May 18, until June 1, which will allow us the time needed to provide a comprehensive and substantive response to your questions. Our letter will also include a response to the new questions in your email below.

Best,

Justin

---

**From:** Smith, Lillian V. <lsmith@kellogghansen.com>
**Sent:** Wednesday, May 6, 2026 6:09 PM
**To:** Metz, Justin R. <Justin.Metz@wilmerhale.com>; Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: Lafarge Litigation - Database Follow-Up Questions

**EXTERNAL SENDER**

Justin,

Thank you for meeting and conferring today about Plaintiffs' follow-up questions regarding Defendants' document preservation and search efforts. Although we believe Defendants should be able to answer all these questions by May 18, in the interest of compromise, we will agree to a June 1 deadline for Defendants' complete answers *if* Defendants will agree to start providing substantial answers on a rolling basis on May 18. Please let us know if that compromise is acceptable to Defendants.

In addition, we wanted to memorialize a few of our understandings and action items from the meet and confer. First, at this time, Defendants intend to answer all the questions, but some of Defendants' answers will be to assert privilege or work product protection over the information sought. Second, Ryan Fayhee

was the decisionmaker for what to collect in the Project Alpha investigation that led to the database's creation. Third, we asked that Defendants image, search, and produce responsive documents from the mobile phones you collected for Jolibois and Jaloudi, *see* Ltr. from A. Zureick to L. Smith at 2 (Apr. 16, 2026); please confirm you will do so, and please provide the time periods for which you have data from these mobile phones. Thank you.

Regards,

Lily

**Lillian V. Smith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7974

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Metz, Justin R. <Justin.Metz@wilmerhale.com>
**Sent:** Thursday, April 30, 2026 12:56 PM
**To:** Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Will do. Thanks, Chase.

---

**From:** Robinett, Chase H. <crobinett@kellogghansen.com>
**Sent:** Thursday, April 30, 2026 11:52 AM
**To:** Metz, Justin R. <Justin.Metz@wilmerhale.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: Lafarge Litigation - Database Follow-Up Questions

**EXTERNAL SENDER**

Thanks, Justin. We're available during that window. Could you circulate an invite?

Best,

Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Metz, Justin R. <Justin.Metz@wilmerhale.com>
**Sent:** Thursday, April 30, 2026 10:04 AM
**To:** Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Hi Chase,

Unfortunately, 4pm Tuesday does not work for Wilmer. Are you available anytime between 1-4pm Eastern on May 6?

Best,

Justin

---

**From:** Robinett, Chase H. <crobinett@kellogghansen.com>
**Sent:** Wednesday, April 29, 2026 3:09 PM
**To:** Metz, Justin R. <Justin.Metz@wilmerhale.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>;

SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** RE: Lafarge Litigation - Database Follow-Up Questions

EXTERNAL SENDER

Justin,

We are available to meet-and-confer on May 5 at 4pm Eastern. If that time works for you, could you please circulate a dial-in?

Best,

Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Metz, Justin R. <Justin.Metz@wilmerhale.com>
**Sent:** Friday, April 24, 2026 4:03 PM
**To:** Robinett, Chase H. <crobinett@kellogghansen.com>; WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** [EXTERNAL] RE: Lafarge Litigation - Database Follow-Up Questions

Chase,

We are in receipt of your April 17 letter and are evaluating the questions raised. As I'm sure you appreciate, the letter poses 51 numbered questions, many with numerous discrete subparts seeking granular information, across eight subject areas. We are taking these questions

seriously and are in the process of gathering the necessary information from relevant sources and individuals in order to make our meet and confer as productive as possible. That process will take some time given the scope of what has been asked.

We would like to schedule a meet and confer for the week of May 4. We have availability on May 5, 6, or 7. Given the breadth of the issues and that the letter was directed from Josh to Jonathan, we want to make sure both Josh and Jonathan are available for the discussion, and those dates work best from a scheduling standpoint on our end. We can also plan to discuss substantial completion then, too.

Thanks,

Justin

---

**From:** Robinett, Chase H. <crobinett@kellogghansen.com>
**Sent:** Friday, April 17, 2026 4:17 PM
**To:** WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; SPLLC Lafarge Service <spllc_lafargeservice@sparacinopllc.com>; WillkieLafargeServiceList <willkielafargeservicelist@willkie.com>; DL_SERVICELAFARGEJENNER <dl_servicelafargejenner@jenner.com>; ServiceLafargeCarlson@carlsonattorneys.com; SteinMitchellMMService_Lafarge <steinmitchellmmservice_lafarge@steinmitchell.com>
**Subject:** Lafarge Litigation - Database Follow-Up Questions

**EXTERNAL SENDER**

Counsel,

Please see the attached correspondence.

Best,

Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.