Statement of Account

www.banqueaudi.com

# Bank Audi

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit الى | Balance رصيد |
|---|---|---|---|---|---|
| 31/12/2010 | | BROUGHT FORWARD BALANCE | | | 0.00 |
| 09/08/2011 | 08/08/2011 | G0112201910301 //0056381 | | 10,000,000.00 | 10,000,000.00 |
| 09/08/2011 | 08/08/2011 | G0112201910301 //0056381 | 10.00 | | 9,999,990.00 |
| 10/08/2011 | 09/08/2011 | WIRE TRANSFER //0056414 | 500,025.00 | | 9,499,965.00 |
| 10/08/2011 | 09/08/2011 | WIRE TRANSFER //0056414 | 7,000,025.00 | | 2,499,940.00 |
| 23/09/2011 | 26/09/2011 | FX Sale | 67,400.67 | | 2,432,539.33 |
| 27/09/2011 | 27/09/2011 | Fees and charges | 11.61 | | 2,432,527.72 |
| 14/10/2011 | 13/10/2011 | 004/000256098 //0057660 | | 3,000,000.00 | 5,432,527.72 |
| 14/10/2011 | 13/10/2011 | 004/000256098 //0057660 | 5.00 | | 5,432,522.72 |
| 20/10/2011 | 19/10/2011 | WIRE TRANSFER //0057771 | 1,032,910.69 | | 4,399,612.03 |
| 27/12/2011 | 27/12/2011 | Fees and charges | 11.61 | | 4,399,600.42 |
| 19/03/2012 | 19/03/2012 | LAFARGE CEMENT SYRIA-Q1-2 | 2,995,271.59 | | 1,404,328.83 |
| 27/03/2012 | 27/03/2012 | Fees and charges | 11.61 | | 1,404,317.22 |
| 09/05/2012 | 14/05/2012 | Cash deposit / CC | | 500,000.00 | 1,904,317.22 |
| 09/05/2012 | 08/05/2012 | Trsf commission on cash d | 750.00 | | 1,903,567.22 |
| 10/05/2012 | 15/05/2012 | Cash deposit / CC | | 1,000,000.00 | 2,903,567.22 |
| 10/05/2012 | 09/05/2012 | Trsf commission on cash d | 1,500.00 | | 2,902,067.22 |
| 14/05/2012 | 16/05/2012 | FX Sale | 1,084,932.43 | | 1,817,134.79 |
| 15/05/2012 | 19/05/2012 | Cash deposit / CC | | 1,000,000.00 | 2,817,134.79 |
| 15/05/2012 | 15/05/2012 | commission on cash deposi | 1,500.00 | | 2,815,634.79 |
| 15/05/2012 | 09/05/2012 | value date correction | 750.00 | | 2,814,884.79 |
| 15/05/2012 | 08/05/2012 | value date correction | | 750.00 | 2,815,634.79 |
| 15/05/2012 | 10/05/2012 | value date correction | 1,500.00 | | 2,814,134.79 |
| 15/05/2012 | 09/05/2012 | value date correction | | 1,500.00 | 2,815,634.79 |
| 15/05/2012 | 15/05/2012 | FX Sale | 1,200,000.00 | | 1,615,634.79 |
| 17/05/2012 | 21/05/2012 | Cash deposit / CC | | 1,500,000.00 | 3,115,634.79 |
| 17/05/2012 | 17/05/2012 | commission on cash deposi | 2,250.00 | | 3,113,384.79 |
| 21/05/2012 | 21/05/2012 | FX Sale | 2,000,000.00 | | 1,113,384.79 |
| 23/05/2012 | 28/05/2012 | Cash deposit / CC | | 500,000.00 | 1,613,384.79 |
| 23/05/2012 | 23/05/2012 | Trsf commission on cash | 750.00 | | 1,612,634.79 |
| 23/05/2012 | 23/05/2012 | FX Sale | 500,000.00 | | 1,112,634.79 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره
This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance



Bank Audi sal - Capital L.L. 460,819,215,996 - MOF 3465 - C.R.B. 11347 - L.B. 56 - Phone: +961 1 994000 - Fax: +961 1 990555 - E-mail: contactus@banqueaudi.com - P.O.Box: 11-2560 - Beirut, Lebanon

Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 24/05/2012 | 29/05/2012 | Cash deposit / CC | | 1,000,000.00 | 2,112,634.79 |
| 24/05/2012 | 24/05/2012 | COMMISSION ON CASH | 1,500.00 | | 2,111,134.79 |
| 28/05/2012 | 01/06/2012 | Cash deposit / CC | | 1,500,000.00 | 3,611,134.79 |
| 28/05/2012 | 28/05/2012 | commission on cash | 2,250.00 | | 3,608,884.79 |
| 29/05/2012 | 29/05/2012 | FX Sale | 1,500,000.00 | | 2,108,884.79 |
| 30/05/2012 | 04/06/2012 | Cash deposit / CC | | 1,000,000.00 | 3,108,884.79 |
| 30/05/2012 | 30/05/2012 | commission on cash | 1,500.00 | | 3,107,384.79 |
| 01/06/2012 | 06/06/2012 | Cash deposit / CC | | 750,000.00 | 3,857,384.79 |
| 01/06/2012 | 01/06/2012 | COMMISSION ON CASH DEPOSI | 1,125.00 | | 3,856,259.79 |
| 05/06/2012 | 09/06/2012 | Cash deposit / CC | | 1,250,000.00 | 5,106,259.79 |
| 05/06/2012 | 05/06/2012 | Trsf COMMISSION ON CASH | 1,500.00 | | 5,104,759.79 |
| 05/06/2012 | 05/06/2012 | Trsf COMMISSION ON CASH | 375.00 | | 5,104,384.79 |
| 05/06/2012 | 05/06/2012 | FX Sale | 3,000,000.00 | | 2,104,384.79 |
| 06/06/2012 | 11/06/2012 | Cash deposit / CC | | 800,000.00 | 2,904,384.79 |
| 06/06/2012 | 06/06/2012 | Trsf commission on cash | 1,200.00 | | 2,903,184.79 |
| 07/06/2012 | 12/06/2012 | Cash deposit / CC | | 1,539,100.00 | 4,442,284.79 |
| 07/06/2012 | 07/06/2012 | commission on cash deposi | 2,310.00 | | 4,439,974.79 |
| 08/06/2012 | 13/06/2012 | Cash deposit / CC | | 1,000,000.00 | 5,439,974.79 |
| 08/06/2012 | 08/06/2012 | COMMISSION ON CASH DEPOSI | 1,500.00 | | 5,438,474.79 |
| 15/06/2012 | 14/06/2012 | B23422S T //0062446 | | 1,000,000.00 | 6,438,474.79 |
| 15/06/2012 | 15/06/2012 | B23438S T //0062465 | | 1,000,000.00 | 7,438,474.79 |
| 19/06/2012 | 18/06/2012 | B23451S T //0062504 | | 1,100,000.00 | 8,538,474.79 |
| 19/06/2012 | 18/06/2012 | B23452S T //0062504 | | 900,000.00 | 9,438,474.79 |
| 20/06/2012 | 20/06/2012 | FX Sale | 7,000,000.00 | | 2,438,474.79 |
| 20/06/2012 | 20/06/2012 | B23471S T //0062520 | | 950,000.00 | 3,388,474.79 |
| 20/06/2012 | 19/06/2012 | B23470S T //0062520 | | 1,050,000.00 | 4,438,474.79 |
| 20/06/2012 | 20/06/2012 | PAYING LAFRAGE CEMENT SYR | 2,961,782.83 | | 1,476,691.96 |
| 21/06/2012 | 21/06/2012 | B23488S T //0062536 | | 500,000.00 | 1,976,691.96 |
| 21/06/2012 | 21/06/2012 | B23487S T //0062536 | | 1,500,000.00 | 3,476,691.96 |
| 21/06/2012 | 21/06/2012 | FX Sale | 1,500,000.00 | | 1,976,691.96 |
| 22/06/2012 | 21/06/2012 | B23505S T //0062558 | | 2,000,000.00 | 3,976,691.96 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره
This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance



Bank Audi sal - Capital LL 460,819,215,996 - MOF 3405 - C.R.B. 11347 - L.B. 56 - Phone: +961 1 994000 - Fax: +961 1 990555 - E-mail: contactus@banqueaudi.com - P.O.Box: 11-2560 - Beirut, Lebanon

Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 22/06/2012 | 22/06/2012 | Trsf | | 1,000,000.00 | 4,976,691.96 |
| 27/06/2012 | 27/06/2012 | Fees and charges | 11.61 | | 4,976,680.35 |
| 02/07/2012 | 02/07/2012 | FX Sale | 2,000,000.00 | | 2,976,680.35 |
| 11/07/2012 | 13/07/2012 | FX Sale | 2,000,000.00 | | 976,680.35 |
| 17/07/2012 | 17/07/2012 | Trsf BY ORDER OF MECATTAF | | 2,000,000.00 | 2,976,680.35 |
| 18/07/2012 | 18/07/2012 | FX Sale | 1,500,000.00 | | 1,476,680.35 |
| 26/07/2012 | 26/07/2012 | D'ORDRE DE MECATTAF SAL | | 2,000,000.00 | 3,476,680.35 |
| 31/07/2012 | 31/07/2012 | Trsf ORDRE DE MECATTAF SA | | 1,000,000.00 | 4,476,680.35 |
| 06/08/2012 | 06/08/2012 | ORDRE MECATTAF/TRADE OF C | | 1,000,000.00 | 5,476,680.35 |
| 13/08/2012 | 13/08/2012 | FX Sale | 1,500,000.00 | | 3,976,680.35 |
| 13/08/2012 | 13/08/2012 | FX Sale | 1,500,000.00 | | 2,476,680.35 |
| 24/09/2012 | 25/09/2012 | FX Sale | 1,000,000.00 | | 1,476,680.35 |
| 27/09/2012 | 27/09/2012 | Fees and charges | 11.61 | | 1,476,668.74 |
| 06/10/2012 | 05/10/2012 | INV/77628/SK CHGS RE YR M | 7.50 | | 1,476,661.24 |
| 11/10/2012 | 10/10/2012 | Frais sur confirmation de | 10.00 | | 1,476,651.24 |
| 18/10/2012 | 18/10/2012 | FX Sale | 524,520.00 | | 952,131.24 |
| 23/10/2012 | 22/10/2012 | TRSF TO CONSOLIDATED BULK | 658,522.25 | | 293,608.99 |
| 20/11/2012 | 20/11/2012 | ORDER MECATTAF SAL | | 1,000,000.00 | 1,293,608.99 |
| 21/11/2012 | 20/11/2012 | TRSF TO CONSOLIDATED BULK | 612,135.47 | | 681,473.52 |
| 27/11/2012 | 24/11/2012 | 004/000292974 //0065185 | | 65,000.00 | 746,473.52 |
| 27/11/2012 | 24/11/2012 | 004/000292974 //0065185 | 5.00 | | 746,468.52 |
| 27/11/2012 | 28/11/2012 | TrsfDE CBI SAL BALANCE CR | | 31,065.18 | 777,533.70 |
| 06/12/2012 | 05/12/2012 | AUDI BANK LCS FACILITY AG | 65,000.00 | | 712,533.70 |
| 17/12/2012 | 17/12/2012 | Trsf DE MECATTAF SAL | | 105,000.00 | 817,533.70 |
| 19/12/2012 | 18/12/2012 | Fiscal stamps - Advice | 0.67 | | 817,533.03 |
| 27/12/2012 | 27/12/2012 | Fees and charges | 11.61 | | 817,521.42 |
| 17/01/2013 | 16/01/2013 | Frais sur confirmation de | 10.00 | | 817,511.42 |
| 23/01/2013 | 22/01/2013 | as letre | 144,654.37 | | 672,857.05 |
| 31/01/2013 | 30/01/2013 | Service Charges | 1.00 | | 672,856.05 |
| 28/02/2013 | 27/02/2013 | Service Charges | 1.00 | | 672,855.05 |
| 20/03/2013 | 19/03/2013 | as letre | 283,582.00 | | 389,273.05 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره
This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance

Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 27/03/2013 | 27/03/2013 | Fees and charges | 11.61 | | 389,261.44 |
| 30/03/2013 | 28/03/2013 | Service Charges | 1.00 | | 389,260.44 |
| 10/04/2013 | 15/04/2013 | Cash Deposit BY MR HAGUOP | | 99,200.00 | 488,460.44 |
| 10/04/2013 | 15/04/2013 | Commission on Cash Deposi | 99.00 | | 488,361.44 |
| 15/04/2013 | 19/04/2013 | Cash Deposit FROM MR HAGU | | 99,900.00 | 588,261.44 |
| 17/04/2013 | 22/04/2013 | MR HAGUOP BALABAN | | 100,000.00 | 688,261.44 |
| 17/04/2013 | 22/04/2013 | Commission on Cash Deposi | 100.00 | | 688,161.44 |
| 22/04/2013 | 26/04/2013 | MR HAGUOP BALABAN | | 150,000.00 | 838,161.44 |
| 22/04/2013 | 26/04/2013 | Commission on Cash Deposi | 150.00 | | 838,011.44 |
| 25/04/2013 | 29/04/2013 | MR HAGUOP BALABAN | | 150,000.00 | 988,011.44 |
| 25/04/2013 | 29/04/2013 | Commission on Cash Deposi | 150.00 | | 987,861.44 |
| 30/04/2013 | 04/05/2013 | MR HAGUOP BALABAN | | 200,000.00 | 1,187,861.44 |
| 30/04/2013 | 04/05/2013 | Commission on Cash Deposi | 200.00 | | 1,187,661.44 |
| 30/04/2013 | 29/04/2013 | Service Charges | 1.00 | | 1,187,660.44 |
| 08/05/2013 | 07/05/2013 | Check Iss 000755424 | 150,000.00 | | 1,037,660.44 |
| 08/05/2013 | 07/05/2013 | Check Charge | 5.00 | | 1,037,655.44 |
| 10/05/2013 | 14/05/2013 | MR HAGUOP BALABAN | | 100,000.00 | 1,137,655.44 |
| 10/05/2013 | 14/05/2013 | Commission on Cash Deposi | 100.00 | | 1,137,555.44 |
| 13/05/2013 | 17/05/2013 | MR HAGUOP BALABAN | | 100,000.00 | 1,237,555.44 |
| 13/05/2013 | 17/05/2013 | Commission on Cash Deposi | 100.00 | | 1,237,455.44 |
| 13/05/2013 | 11/05/2013 | Trsf cash to MR MOUREE GH | 10,000.00 | | 1,227,455.44 |
| 15/05/2013 | 15/05/2013 | Check Iss 000755514 | 150,000.00 | | 1,077,455.44 |
| 15/05/2013 | 15/05/2013 | Check Charge | 5.00 | | 1,077,450.44 |
| 15/05/2013 | 20/05/2013 | Cash Deposit | | 100,000.00 | 1,177,450.44 |
| 15/05/2013 | 20/05/2013 | Commission on Cash Deposi | 100.00 | | 1,177,350.44 |
| 17/05/2013 | 21/05/2013 | Cash Deposit | | 50,000.00 | 1,227,350.44 |
| 17/05/2013 | 21/05/2013 | Commission on Cash Deposi | 50.00 | | 1,227,300.44 |
| 21/05/2013 | 20/05/2013 | Check Iss 000755573 | 150,000.00 | | 1,077,300.44 |
| 21/05/2013 | 20/05/2013 | Check Charge | 5.00 | | 1,077,295.44 |
| 21/05/2013 | 27/05/2013 | Cash Deposit BYE MRS NAIR | | 200,000.00 | 1,277,295.44 |
| 21/05/2013 | 27/05/2013 | Commission on Cash Deposi | 200.00 | | 1,277,095.44 |

Error and omissions excepted | عدا السهو والخطأ

رسم الطابع المالي مدفوع نقدا | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره
This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance

Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026    Statement Period From: 01 / 01 / 2011    To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30    Currency: US DOLLAR    IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 24/05/2013 | 30/05/2013 | CASH DEPOSIT BY MRS NAIRY | | 100,000.00 | 1,377,095.44 |
| 24/05/2013 | 30/05/2013 | Commission on Cash Deposi | 100.00 | | 1,376,995.44 |
| 27/05/2013 | 31/05/2013 | MR HAGUOP BALABAN | | 300,000.00 | 1,676,995.44 |
| 27/05/2013 | 31/05/2013 | Commission on Cash Deposi | 300.00 | | 1,676,695.44 |
| 31/05/2013 | 30/05/2013 | Service Charges | 1.00 | | 1,676,694.44 |
| 03/06/2013 | 07/06/2013 | FROM MR. HAGOP BALABAN | | 300,000.00 | 1,976,694.44 |
| 03/06/2013 | 07/06/2013 | Commission on Cash Deposi | 300.00 | | 1,976,394.44 |
| 05/06/2013 | 06/06/2013 | from mr.hagob balaban on | | 200,000.00 | 2,176,394.44 |
| 05/06/2013 | 06/06/2013 | Commission on Cash Deposi | 200.00 | | 2,176,194.44 |
| 10/06/2013 | 14/06/2013 | from hagop balaban | | 100,000.00 | 2,276,194.44 |
| 10/06/2013 | 14/06/2013 | Commission on Cash Deposi | 100.00 | | 2,276,094.44 |
| 14/06/2013 | 18/06/2013 | Cash Deposit by nairy bal | | 150,000.00 | 2,426,094.44 |
| 14/06/2013 | 18/06/2013 | Commission on Cash Deposi | 150.00 | | 2,425,944.44 |
| 18/06/2013 | 17/06/2013 | Check Iss 000767019 | 107,500.00 | | 2,318,444.44 |
| 18/06/2013 | 17/06/2013 | Check Charge | 5.00 | | 2,318,439.44 |
| 18/06/2013 | 22/06/2013 | Cash Deposit by from nair | | 150,000.00 | 2,468,439.44 |
| 18/06/2013 | 22/06/2013 | Commission on Cash Deposi | 150.00 | | 2,468,289.44 |
| 19/06/2013 | 24/06/2013 | Cash Deposit by mr hagob | | 200,000.00 | 2,668,289.44 |
| 19/06/2013 | 24/06/2013 | Commission on Cash Deposi | 200.00 | | 2,668,089.44 |
| 20/06/2013 | 19/06/2013 | Trsf AS PER FAX DD 1 | 226,839.00 | | 2,441,250.44 |
| 21/06/2013 | 25/06/2013 | Cash Deposit by MME NAIRY | | 150,000.00 | 2,591,250.44 |
| 21/06/2013 | 25/06/2013 | Commission on Cash Deposi | 150.00 | | 2,591,100.44 |
| 27/06/2013 | 27/06/2013 | Fees and charges | 18.58 | | 2,591,081.86 |
| 28/06/2013 | 02/07/2013 | Cash Deposit by Nairy Bal | | 150,000.00 | 2,741,081.86 |
| 28/06/2013 | 02/07/2013 | Commission on Cash Deposi | 150.00 | | 2,740,931.86 |
| 29/06/2013 | 28/06/2013 | Service Charges | 1.00 | | 2,740,930.86 |
| 03/07/2013 | 02/07/2013 | Check Iss 000770658 | 150,000.00 | | 2,590,930.86 |
| 03/07/2013 | 02/07/2013 | Check Charge | 5.00 | | 2,590,925.86 |
| 03/07/2013 | 02/07/2013 | Check Iss 000770657 | 107,500.00 | | 2,483,425.86 |
| 03/07/2013 | 02/07/2013 | Check Charge | 5.00 | | 2,483,420.86 |
| 08/07/2013 | 10/07/2013 | FX Sale | 500,000.00 | | 1,983,420.86 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره
This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance



Bank Audi sal - Capital LL 460,819,215,996 - MOF 3465 - C.R.B. 11347 - L.B. 56 - Phone: +961 1 994000 - Fax: +961 1 992555 - E-mail: contactus@banqueaudi.com - P.O.Box: 11-2560 - Beirut, Lebanon

Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 08/07/2013 | 10/07/2013 | FX Sale | 500,000.00 | | 1,483,420.86 |
| 08/07/2013 | 10/07/2013 | FX Sale | 500,000.00 | | 983,420.86 |
| 17/07/2013 | 16/07/2013 | 004/000303672 //0069080 | | 207,000.00 | 1,190,420.86 |
| 17/07/2013 | 16/07/2013 | 004/000303672 //0069080 | 5.00 | | 1,190,415.86 |
| 23/07/2013 | 23/07/2013 | Check Iss 000775068 | 150,000.00 | | 1,040,415.86 |
| 23/07/2013 | 23/07/2013 | Check Charge | 5.00 | | 1,040,410.86 |
| 31/07/2013 | 30/07/2013 | Check Iss 000775283 | 89,950.00 | | 950,460.86 |
| 31/07/2013 | 30/07/2013 | Check Charge | 5.00 | | 950,455.86 |
| 31/07/2013 | 30/07/2013 | Service Charges | 1.00 | | 950,454.86 |
| 21/08/2013 | 20/08/2013 | Trsf | 75,000.00 | | 875,454.86 |
| 31/08/2013 | 30/08/2013 | Service Charges | 1.00 | | 875,453.86 |
| 17/09/2013 | 16/09/2013 | Check Iss 000778445 | 150,000.00 | | 725,453.86 |
| 17/09/2013 | 16/09/2013 | Check Charge | 5.00 | | 725,448.86 |
| 17/09/2013 | 16/09/2013 | Check Iss 000778446 | 40,000.00 | | 685,448.86 |
| 17/09/2013 | 16/09/2013 | Check Charge | 5.00 | | 685,443.86 |
| 18/09/2013 | 17/09/2013 | AMT PAID TO NABEEL SANDOO | 50,000.00 | | 635,443.86 |
| 18/09/2013 | 17/09/2013 | AMT PAID TO NABEEL SAND | 75,000.00 | | 560,443.86 |
| 19/09/2013 | 23/09/2013 | Cash Deposit by Mrs Nayir | | 100,000.00 | 660,443.86 |
| 19/09/2013 | 23/09/2013 | Commission on Cash Deposi | 100.00 | | 660,343.86 |
| 20/09/2013 | 24/09/2013 | Cash Deposit by Mrs Nayir | | 200,000.00 | 860,343.86 |
| 20/09/2013 | 24/09/2013 | Commission on Cash Deposi | 200.00 | | 860,143.86 |
| 23/09/2013 | 27/09/2013 | Cash Deposit by Nayiri Ba | | 198,600.00 | 1,058,743.86 |
| 23/09/2013 | 27/09/2013 | Commission on Cash Deposi | 199.00 | | 1,058,544.86 |
| 26/09/2013 | 30/09/2013 | Cash Deposit by Mr Hagop | | 200,000.00 | 1,258,544.86 |
| 26/09/2013 | 30/09/2013 | Commission on Cash Deposi | 200.00 | | 1,258,344.86 |
| 27/09/2013 | 27/09/2013 | Fees and charges | 11.61 | | 1,258,333.25 |
| 30/09/2013 | 28/09/2013 | Service Charges | 1.00 | | 1,258,332.25 |
| 01/10/2013 | 05/10/2013 | Cash Deposit by Mrs. Nayi | | 300,000.00 | 1,558,332.25 |
| 01/10/2013 | 05/10/2013 | Commission on Cash Deposi | 300.00 | | 1,558,032.25 |
| 04/10/2013 | 08/10/2013 | Cash Deposit by Hagop Bal | | 300,000.00 | 1,858,032.25 |
| 04/10/2013 | 08/10/2013 | Commission on Cash Deposi | 300.00 | | 1,857,732.25 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره
This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance



Bank Audi sal - Capital LL 460,819,215,996 - MOF 3405 - C.R.B. 11347 - L.B. 56 - Phone: +961 1 994000 - Fax: +961 1 990555 - E-mail: contactus@banqueaudi.com - P.O.Box: 11-2560 - Beirut, Lebanon

Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 08/10/2013 | 12/10/2013 | Cash Deposit by mrs NAYIR | | 100,000.00 | 1,957,732.25 |
| 08/10/2013 | 12/10/2013 | Commission on Cash Deposi | 100.00 | | 1,957,632.25 |
| 08/10/2013 | 12/10/2013 | Cash Deposit BY HAGOP BAL | | 300,000.00 | 2,257,632.25 |
| 08/10/2013 | 12/10/2013 | Commission on Cash Deposi | 300.00 | | 2,257,332.25 |
| 09/10/2013 | 08/10/2013 | AMT PAID TO RASHID ABDULK | 75,000.00 | | 2,182,332.25 |
| 10/10/2013 | 14/10/2013 | Cash Deposit by Mrs.Nayir | | 300,000.00 | 2,482,332.25 |
| 10/10/2013 | 14/10/2013 | Commission on Cash Deposi | 300.00 | | 2,482,032.25 |
| 11/10/2013 | 10/10/2013 | Check Iss 000783398 | 109,263.00 | | 2,372,769.25 |
| 11/10/2013 | 10/10/2013 | Check Charge | 5.00 | | 2,372,764.25 |
| 11/10/2013 | 10/10/2013 | Check Iss 000783397 | 150,000.00 | | 2,222,764.25 |
| 11/10/2013 | 10/10/2013 | Check Charge | 5.00 | | 2,222,759.25 |
| 19/10/2013 | 25/10/2013 | mrs NAYIRI BALABAN | | 137,935.00 | 2,360,694.25 |
| 19/10/2013 | 25/10/2013 | Commission on Cash Deposi | 138.00 | | 2,360,556.25 |
| 21/10/2013 | 25/10/2013 | nayiri balaban | | 300,000.00 | 2,660,556.25 |
| 21/10/2013 | 25/10/2013 | Commission on Cash Deposi | 300.00 | | 2,660,256.25 |
| 22/10/2013 | 26/10/2013 | Cash Deposit by hagop bal | | 300,000.00 | 2,960,256.25 |
| 22/10/2013 | 26/10/2013 | Commission on Cash Deposi | 300.00 | | 2,959,956.25 |
| 28/10/2013 | 01/11/2013 | NAYIRI BALABAN | | 300,000.00 | 3,259,956.25 |
| 28/10/2013 | 01/11/2013 | Commission on Cash Deposi | 300.00 | | 3,259,656.25 |
| 28/10/2013 | 01/11/2013 | hagop balaban | | 300,000.00 | 3,559,656.25 |
| 28/10/2013 | 01/11/2013 | Commission on Cash Deposi | 300.00 | | 3,559,356.25 |
| 30/10/2013 | 29/10/2013 | TRSF TO AUDI BANK LCS FAC | 65,000.00 | | 3,494,356.25 |
| 31/10/2013 | 30/10/2013 | Service Charges | 1.00 | | 3,494,355.25 |
| 05/11/2013 | 09/11/2013 | hagop balaban | | 260,000.00 | 3,754,355.25 |
| 05/11/2013 | 09/11/2013 | Commission on Cash Deposi | 260.00 | | 3,754,095.25 |
| 12/11/2013 | 11/11/2013 | AMT PAID TO MRHI GHALIEH | 75,000.00 | | 3,679,095.25 |
| 15/11/2013 | 21/11/2013 | MR HAGOP BALABAN | | 150,000.00 | 3,829,095.25 |
| 15/11/2013 | 21/11/2013 | Commission on Cash Deposi | 150.00 | | 3,828,945.25 |
| 20/11/2013 | 25/11/2013 | MRS NAYIRI BALABAN | | 200,000.00 | 4,028,945.25 |
| 20/11/2013 | 25/11/2013 | Commission on Cash Deposi | 200.00 | | 4,028,745.25 |
| 21/11/2013 | 23/11/2013 | HAGOP BALABAN | | 200,000.00 | 4,228,745.25 |

Error and omissions excepted | عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره

This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance

Statement of Account

www.banqueaudi.com

# Bank Audi

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 21/11/2013 | 23/11/2013 | Commission on Cash Deposi | 200.00 | | 4,228,545.25 |
| 23/11/2013 | 29/11/2013 | MR HAGOP BALABAN | | 100,000.00 | 4,328,545.25 |
| 23/11/2013 | 29/11/2013 | Commission on Cash Deposi | 100.00 | | 4,328,445.25 |
| 23/11/2013 | 29/11/2013 | NAYIRI BALABAN | | 100,000.00 | 4,428,445.25 |
| 23/11/2013 | 29/11/2013 | Commission on Cash Deposi | 100.00 | | 4,428,345.25 |
| 25/11/2013 | 29/11/2013 | MRS NAYIRI BALABAN | | 200,000.00 | 4,628,345.25 |
| 25/11/2013 | 29/11/2013 | Commission on Cash Deposi | 200.00 | | 4,628,145.25 |
| 25/11/2013 | 23/11/2013 | Check Iss 000788041 | 258,000.00 | | 4,370,145.25 |
| 25/11/2013 | 23/11/2013 | Check Charge | 5.00 | | 4,370,140.25 |
| 30/11/2013 | 29/11/2013 | Service Charges | 1.00 | | 4,370,139.25 |
| 05/12/2013 | 04/12/2013 | Check Iss 000788114 | 133,506.60 | | 4,236,632.65 |
| 05/12/2013 | 04/12/2013 | Check Charge | 5.00 | | 4,236,627.65 |
| 06/12/2013 | 05/12/2013 | Check Iss 000788120 | 655,000.00 | | 3,581,627.65 |
| 06/12/2013 | 05/12/2013 | Check Charge | 5.00 | | 3,581,622.65 |
| 06/12/2013 | 05/12/2013 | Check Iss 000788121 | 47,996.00 | | 3,533,626.65 |
| 06/12/2013 | 05/12/2013 | Check Charge | 5.00 | | 3,533,621.65 |
| 12/12/2013 | 11/12/2013 | AMT PAID TO AMMAR HALABI | 75,000.00 | | 3,458,621.65 |
| 20/12/2013 | 19/12/2013 | Check Iss 000814403 | 645,000.00 | | 2,813,621.65 |
| 20/12/2013 | 19/12/2013 | Check Charge | 5.00 | | 2,813,616.65 |
| 20/12/2013 | 19/12/2013 | Check Iss 000814404 | 9,034.00 | | 2,804,582.65 |
| 20/12/2013 | 19/12/2013 | Check Charge | 5.00 | | 2,804,577.65 |
| 27/12/2013 | 27/12/2013 | Fees and charges | 18.58 | | 2,804,559.07 |
| 30/12/2013 | 28/12/2013 | Check Iss 000814453 | 117,500.00 | | 2,687,059.07 |
| 30/12/2013 | 28/12/2013 | Check Charge | 5.00 | | 2,687,054.07 |
| 31/12/2013 | 30/12/2013 | Service Charges | 1.00 | | 2,687,053.07 |
| 14/01/2014 | 11/01/2014 | Check Iss 000814504 | 77,500.00 | | 2,609,553.07 |
| 14/01/2014 | 11/01/2014 | Check Charge | 5.00 | | 2,609,548.07 |
| 15/01/2014 | 14/01/2014 | Administration Fees | 1,000.00 | | 2,608,548.07 |
| 16/01/2014 | 15/01/2014 | AMOUNT PAID CASH TO RASHI | 75,000.00 | | 2,533,548.07 |
| 24/01/2014 | 23/01/2014 | Check Iss 000839058 | 56,495.00 | | 2,477,053.07 |
| 24/01/2014 | 23/01/2014 | Check Charge | 5.00 | | 2,477,048.07 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره

This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance

Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 30/01/2014 | 31/01/2014 | FX Res./Execute | 500,000.00 | | 1,977,048.07 |
| 30/01/2014 | 31/01/2014 | Stamps | 0.66 | | 1,977,047.41 |
| 31/01/2014 | 30/01/2014 | Service Charges | 1.00 | | 1,977,046.41 |
| 04/02/2014 | 05/02/2014 | FX Res./Execute | 500,000.00 | | 1,477,046.41 |
| 04/02/2014 | 05/02/2014 | Stamps | 0.66 | | 1,477,045.75 |
| 07/02/2014 | 12/02/2014 | MR HAGOP BALABAN | | 200,000.00 | 1,677,045.75 |
| 07/02/2014 | 12/02/2014 | Commission on Cash Deposi | 200.00 | | 1,676,845.75 |
| 12/02/2014 | 17/02/2014 | Cash Deposit | | 300,000.00 | 1,976,845.75 |
| 12/02/2014 | 17/02/2014 | Commission on Cash Deposi | 300.00 | | 1,976,545.75 |
| 13/02/2014 | 19/02/2014 | MRS NAYIRI BALABAN | | 200,000.00 | 2,176,545.75 |
| 13/02/2014 | 19/02/2014 | Commission on Cash Deposi | 200.00 | | 2,176,345.75 |
| 18/02/2014 | 17/02/2014 | Check Iss 000839307 | 148,118.00 | | 2,028,227.75 |
| 18/02/2014 | 17/02/2014 | Check Charge | 5.00 | | 2,028,222.75 |
| 18/02/2014 | 17/02/2014 | amt paid to merhi ghalieh | 75,000.00 | | 1,953,222.75 |
| 18/02/2014 | 22/02/2014 | MR HAGOP BALABAN | | 200,000.00 | 2,153,222.75 |
| 18/02/2014 | 22/02/2014 | Commission on Cash Deposi | 200.00 | | 2,153,022.75 |
| 19/02/2014 | 24/02/2014 | MR HAGOP BALABAN | | 100,000.00 | 2,253,022.75 |
| 19/02/2014 | 24/02/2014 | Commission on Cash Deposi | 100.00 | | 2,252,922.75 |
| 20/02/2014 | 21/02/2014 | MRS NAYIRI BALABAN | | 200,000.00 | 2,452,922.75 |
| 20/02/2014 | 21/02/2014 | Commission on Cash Deposi | 200.00 | | 2,452,722.75 |
| 21/02/2014 | 22/02/2014 | HAGOP BALABAN | | 100,000.00 | 2,552,722.75 |
| 21/02/2014 | 22/02/2014 | Commission on Cash Deposi | 100.00 | | 2,552,622.75 |
| 24/02/2014 | 22/02/2014 | Trsf | 20,000.00 | | 2,532,622.75 |
| 24/02/2014 | 22/02/2014 | P.9695 CONSULTANCY FEES | 4,836.00 | | 2,527,786.75 |
| 24/02/2014 | 28/02/2014 | MR HAGOP BALABAN | | 300,000.00 | 2,827,786.75 |
| 24/02/2014 | 28/02/2014 | Commission on Cash Deposi | 300.00 | | 2,827,486.75 |
| 28/02/2014 | 01/03/2014 | NAYIRI BALABAN | | 300,000.00 | 3,127,486.75 |
| 28/02/2014 | 01/03/2014 | Commission on Cash Deposi | 300.00 | | 3,127,186.75 |
| 28/02/2014 | 27/02/2014 | Service Charges | 1.00 | | 3,127,185.75 |
| 04/03/2014 | 05/03/2014 | FX Res./Execute | 500,000.00 | | 2,627,185.75 |
| 04/03/2014 | 05/03/2014 | Stamps | 0.66 | | 2,627,185.09 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره

This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance

Statement of Account

www.banqueaudi.com

# Bank Audi

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 07/03/2014 | 06/03/2014 | Check Iss 000844647 | 303,682.00 | | 2,323,503.09 |
| 07/03/2014 | 06/03/2014 | Check Charge | 5.00 | | 2,323,498.09 |
| 07/03/2014 | 11/03/2014 | HAGOP BALABAN | | 199,900.00 | 2,523,398.09 |
| 07/03/2014 | 11/03/2014 | Commission on Cash Deposi | 200.00 | | 2,523,198.09 |
| 08/03/2014 | 10/03/2014 | MRS NAYIRI BALABAN | | 200,000.00 | 2,723,198.09 |
| 08/03/2014 | 10/03/2014 | Commission on Cash Deposi | 200.00 | | 2,722,998.09 |
| 11/03/2014 | 15/03/2014 | hagop balaban | | 100,000.00 | 2,822,998.09 |
| 11/03/2014 | 15/03/2014 | Commission on Cash Deposi | 100.00 | | 2,822,898.09 |
| 13/03/2014 | 14/03/2014 | MRS NAYIRI BALABAN | | 200,000.00 | 3,022,898.09 |
| 13/03/2014 | 14/03/2014 | Commission on Cash Deposi | 200.00 | | 3,022,698.09 |
| 14/03/2014 | 19/03/2014 | MR HAGOP BALABAN | | 150,000.00 | 3,172,698.09 |
| 14/03/2014 | 19/03/2014 | Commission on Cash Deposi | 150.00 | | 3,172,548.09 |
| 17/03/2014 | 15/03/2014 | AMT PAID TO MARAI GHALIEH | 75,000.00 | | 3,097,548.09 |
| 27/03/2014 | 27/03/2014 | Fees and charges | 18.58 | | 3,097,529.51 |
| 31/03/2014 | 29/03/2014 | Service Charges | 1.00 | | 3,097,528.51 |
| 12/04/2014 | 11/04/2014 | FX Res./Execute | 500,000.00 | | 2,597,528.51 |
| 12/04/2014 | 11/04/2014 | Stamps | 0.66 | | 2,597,527.85 |
| 14/04/2014 | 12/04/2014 | AMT PAID TO MARAI GHALIE | 75,000.00 | | 2,522,527.85 |
| 15/04/2014 | 22/04/2014 | Cash Deposit by mrs NAYIR | | 300,000.00 | 2,822,527.85 |
| 15/04/2014 | 22/04/2014 | Commission on Cash Deposi | 300.00 | | 2,822,227.85 |
| 25/04/2014 | 25/04/2014 | FX Res./Execute | 500,000.00 | | 2,322,227.85 |
| 25/04/2014 | 25/04/2014 | Stamps | 0.66 | | 2,322,227.19 |
| 25/04/2014 | 24/04/2014 | PAID TO AMRO TALEB AS PER | 3,265.00 | | 2,318,962.19 |
| 29/04/2014 | 30/04/2014 | FX Res./Execute | 500,000.00 | | 1,818,962.19 |
| 29/04/2014 | 30/04/2014 | Stamps | 0.66 | | 1,818,961.53 |
| 30/04/2014 | 29/04/2014 | Trsf to pl39 saving accou | 1,000,000.00 | | 818,961.53 |
| 30/04/2014 | 29/04/2014 | Service Charges | 1.00 | | 818,960.53 |
| 08/05/2014 | 12/05/2014 | Cash Deposit BY NAIRY BAL | | 100,000.00 | 918,960.53 |
| 08/05/2014 | 12/05/2014 | Commission on Cash Deposi | 100.00 | | 918,860.53 |
| 08/05/2014 | 09/05/2014 | FX Res./Execute | 500,000.00 | | 418,860.53 |
| 08/05/2014 | 09/05/2014 | Stamps | 0.66 | | 418,859.87 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره
This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance

Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 12/05/2014 | 13/05/2014 | Cash Deposit BY MRS NAYIR | | 200,000.00 | 618,859.87 |
| 12/05/2014 | 13/05/2014 | Commission on Cash Deposi | 200.00 | | 618,659.87 |
| 13/05/2014 | 14/05/2014 | FX Res./Execute | 500,000.00 | | 118,659.87 |
| 13/05/2014 | 14/05/2014 | Stamps | 0.66 | | 118,659.21 |
| 13/05/2014 | 12/05/2014 | AMT PAID TO MR MARAI GHAL | 75,000.00 | | 43,659.21 |
| 13/05/2014 | 14/05/2014 | corr value | | 500,000.00 | 543,659.21 |
| 13/05/2014 | 13/05/2014 | corr value | 500,000.00 | | 43,659.21 |
| 15/05/2014 | 20/05/2014 | Cash Deposit by MR HAGOP | | 150,000.00 | 193,659.21 |
| 15/05/2014 | 20/05/2014 | Commission on Cash Deposi | 150.00 | | 193,509.21 |
| 20/05/2014 | 24/05/2014 | Cash Deposit by MRS NAYIR | | 150,000.00 | 343,509.21 |
| 20/05/2014 | 24/05/2014 | Commission on Cash Deposi | 150.00 | | 343,359.21 |
| 20/05/2014 | 24/05/2014 | Cash Deposit by MRS NAYIR | | 150,000.00 | 493,359.21 |
| 20/05/2014 | 24/05/2014 | Commission on Cash Deposi | 150.00 | | 493,209.21 |
| 23/05/2014 | 28/05/2014 | Cash Deposit BY MR HAGOP | | 200,000.00 | 693,209.21 |
| 23/05/2014 | 28/05/2014 | Commission on Cash Deposi | 200.00 | | 693,009.21 |
| 29/05/2014 | 04/06/2014 | Cash Deposit by MRS NAYIR | | 300,000.00 | 993,009.21 |
| 29/05/2014 | 04/06/2014 | Commission on Cash Deposi | 300.00 | | 992,709.21 |
| 30/05/2014 | 30/05/2014 | Trsf FR PL 39 | | 1,000,000.00 | 1,992,709.21 |
| 31/05/2014 | 30/05/2014 | Service Charges | 1.00 | | 1,992,708.21 |
| 02/06/2014 | 06/06/2014 | Cash Deposit by MRS NAYIR | | 200,000.00 | 2,192,708.21 |
| 02/06/2014 | 06/06/2014 | Commission on Cash Deposi | 200.00 | | 2,192,508.21 |
| 04/06/2014 | 04/06/2014 | TRSF FROM PL 39 | | 2,531.68 | 2,195,039.89 |
| 07/06/2014 | 06/06/2014 | Trsf TO CONSOLIDATED BULK | 618,916.02 | | 1,576,123.87 |
| 10/06/2014 | 09/06/2014 | AMT PAID TO MARAI GHALIEH | 75,000.00 | | 1,501,123.87 |
| 12/06/2014 | 17/06/2014 | Cash Deposit by MRS NAYIR | | 300,000.00 | 1,801,123.87 |
| 12/06/2014 | 17/06/2014 | Commission on Cash Deposi | 300.00 | | 1,800,823.87 |
| 17/06/2014 | 13/06/2014 | 004/000317349-SETTLE EXTE | | 100,000.00 | 1,900,823.87 |
| 27/06/2014 | 27/06/2014 | Fees and charges | 11.61 | | 1,900,812.26 |
| 27/06/2014 | 26/06/2014 | Trsf TO 39 AS PER LETTER | 1,000,000.00 | | 900,812.26 |
| 30/06/2014 | 28/06/2014 | Service Charges | 1.00 | | 900,811.26 |
| 01/07/2014 | 30/06/2014 | CASSH WITHDRAWAL AS PER L | 597.00 | | 900,214.26 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره
This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance



Bank Audi sal - Capital LL 460,819,215,996 - MOF 3405 - C.R.B. 11347 - L.B. 56 - Phone: +961 1 994000 - Fax: +961 1 990555 - E-mail: contactus@banqueaudi.com - P.O.Box: 11-2560 - Beirut, Lebanon

Statement of Account

www.banqueaudi.com

# Bank Audi

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 01/07/2014 | 30/06/2014 | CASH WITHDRAWAL AS PER LE | 976.00 | | 899,238.26 |
| 10/07/2014 | 11/07/2014 | FX Res./Execute | 489,042.18 | | 410,196.08 |
| 10/07/2014 | 11/07/2014 | Stamps | 0.66 | | 410,195.42 |
| 15/07/2014 | 16/07/2014 | FX Res./Execute | 250,000.00 | | 160,195.42 |
| 15/07/2014 | 16/07/2014 | Stamps | 0.66 | | 160,194.76 |
| 16/07/2014 | 15/07/2014 | AMT PAID TO MARAI GHALIEH | 75,000.00 | | 85,194.76 |
| 23/07/2014 | 22/07/2014 | as letter | 50,000.00 | | 35,194.76 |
| 26/07/2014 | 26/07/2014 | Trsf FROM 39 AS PER LETT | | 1,002,531.88 | 1,037,726.64 |
| 31/07/2014 | 26/07/2014 | Service Charges | 1.00 | | 1,037,725.64 |
| 08/08/2014 | 08/08/2014 | FX Res./Execute | 231,384.13 | | 806,341.51 |
| 08/08/2014 | 08/08/2014 | Stamps | 0.66 | | 806,340.85 |
| 26/08/2014 | 27/08/2014 | FX Sale | 5,000.00 | | 801,340.85 |
| 30/08/2014 | 29/08/2014 | Service Charges | 1.00 | | 801,339.85 |
| 05/09/2014 | 05/09/2014 | FX Res./Execute | 94,462.77 | | 706,877.08 |
| 05/09/2014 | 05/09/2014 | Stamps | 0.66 | | 706,876.42 |
| 18/09/2014 | 18/09/2014 | FX Res./Execute | 37,550.10 | | 669,326.32 |
| 18/09/2014 | 18/09/2014 | Stamps | 0.66 | | 669,325.66 |
| 26/09/2014 | 26/09/2014 | FX Res./Execute | 151,718.62 | | 517,607.04 |
| 26/09/2014 | 26/09/2014 | Stamps | 0.66 | | 517,606.38 |
| 27/09/2014 | 27/09/2014 | Fees and charges | 11.61 | | 517,594.77 |
| 30/09/2014 | 29/09/2014 | Service Charges | 1.00 | | 517,593.77 |
| 07/10/2014 | 03/10/2014 | P 11129 INV#:33/14 CONSUL | 682.00 | | 516,911.77 |
| 17/10/2014 | 17/10/2014 | FX Res./Execute | 65,837.35 | | 451,074.42 |
| 17/10/2014 | 17/10/2014 | Stamps | 0.66 | | 451,073.76 |
| 31/10/2014 | 30/10/2014 | Service Charges | 1.00 | | 451,072.76 |
| 29/11/2014 | 28/11/2014 | Service Charges | 1.00 | | 451,071.76 |
| 17/12/2014 | 16/12/2014 | Administration Fees | 750.00 | | 450,321.76 |
| 27/12/2014 | 27/12/2014 | Fees and charges | 11.61 | | 450,310.15 |
| 30/12/2014 | 29/12/2014 | Service Charges | 1.00 | | 450,309.15 |
| 12/01/2015 | 12/01/2015 | Trsf TO CLOSE THE FACILIT | | 1,272.30 | 451,581.45 |
| 31/01/2015 | 30/01/2015 | Service Charges | 1.00 | | 451,580.45 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره

This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance



Bank Audi sal - Capital LL 460,819,215,996 - MOF 3465 - C.R.B. 11347 - L.B. 56 - Phone: +961 1 994000 - Fax: +961 1 990555 - E-mail: contactus@banqueaudi.com - P.O.Box 11-2560 - Beirut, Lebanon

Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Account No: [redacted] 04 30 Currency: US DOLLAR IBAN: [redacted] 0430

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 23/02/2015 | 24/02/2015 | FX Res./Execute | 230,000.00 | | 221,580.45 |
| 23/02/2015 | 24/02/2015 | Stamps | 0.66 | | 221,579.79 |
| 28/02/2015 | 27/02/2015 | Service Charges | 1.00 | | 221,578.79 |
| 26/03/2015 | 24/03/2015 | Frais sur confirmation de | 10.00 | | 221,568.79 |
| 27/03/2015 | 27/03/2015 | Fees and charges | 11.61 | | 221,557.18 |
| 31/03/2015 | 30/03/2015 | Service Charges | 1.00 | | 221,556.18 |
| 30/04/2015 | 29/04/2015 | Service Charges | 1.00 | | 221,555.18 |
| 04/05/2015 | 04/05/2015 | FX Res./Execute | 200,000.00 | | 21,555.18 |
| 04/05/2015 | 04/05/2015 | Stamps | 0.66 | | 21,554.52 |
| 30/05/2015 | 29/05/2015 | Service Charges | 1.00 | | 21,553.52 |
| 27/06/2015 | 27/06/2015 | Fees and charges | 11.61 | | 21,541.91 |
| 30/06/2015 | 29/06/2015 | Service Charges | 1.00 | | 21,540.91 |
| 31/07/2015 | 30/07/2015 | Service Charges | 1.00 | | 21,539.91 |
| 31/08/2015 | 29/08/2015 | Service Charges | 1.00 | | 21,538.91 |
| 30/09/2015 | 29/09/2015 | Service Charges | 1.00 | | 21,537.91 |
| 31/10/2015 | 30/10/2015 | Service Charges | 1.00 | | 21,536.91 |
| 30/11/2015 | 28/11/2015 | Service Charges | 1.00 | | 21,535.91 |
| 26/12/2015 | 26/12/2015 | Fees and charges | 11.61 | | 21,524.30 |
| 31/12/2015 | 30/12/2015 | Service Charges | 1.00 | | 21,523.30 |
| | | BALANCE IN YOUR FAVOUR | | | 21,523.30 |

Error and omissions excepted | ما عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302417

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره
This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance



Bank Audi sal - Capital L.L. 460,819,215,996 - MOF 3405 - C.R.B. 11347 - L.B. 56 - Phone: +961 1 994000 - Fax: +961 1 990555 - E-mail: contactus@banqueaudi.com - P.O.Box: 11-2560 - Beirut, Lebanon

# Acknowledgment of Receipt / إشعار بالإستلام

To Bank Audi sal

إلى السادة بنك عوده ش م ل

Customer's name: Messrs. LAFARGE CEMENT SYR(LCS op.Acc./BASAL

Customer's Address: C/O B.P.31602RU'YAZ BLDG/4TH FLOOR/8TH GATE/EMAAR

I, hereby acknowledge receipt of the Statement of Account as per the below details, it is considered final and binding if no objection is raised within 1 month from date of issuance.

أصرّح أني استلمت كشف الحساب المبيّنة تفاصيله أدناه، حيث يعتبر نهائيا وملزماً في حال عدم اعتراضي عليه في مهلة شهر من تاريخ إصداره.

| | | |
|---|---|---|
| Account No: | [redacted] 04 30 | رقم الحساب: |
| Currency: | US DOLLAR | العملة: |
| Balance: | 21,523.30 | الرصيد: |
| As at: | 31/12/2015 | لغاية تاريخ: |

Yours faithfully,

تفضلوا بقبول فائق الإحترام،

Date 16/07/2026 التاريخ:

Signature الإمضاء: