Statement of Account

www.banqueaudi.com

**Bank Audi**

Statement Date: 16 / 07 / 2026 Statement Period From: 01 / 01 / 2011 To: 31 / 12 / 2015

Customer's name: Messrs. LAFARGE CEMENT SYRIA SA

Account No: [redacted]04 31 Currency: US DOLLAR IBAN: [redacted]0431

| Date تاريخ | Value حق | Description شرح | Debit من | Credit إلى | Balance رصيد |
|---|---|---|---|---|---|
| 31/12/2010 | | BROUGHT FORWARD BALANCE | | | 0.00 |
| 26/08/2011 | 25/08/2011 | TO RECORD THE LOAN BALANC | 45,492.43 | | 45,492.43- |
| 20/09/2011 | 20/09/2011 | Interest | 285.57 | | 45,778.00- |
| 28/09/2011 | 20/09/2011 | INTEREST PAYMENT | | 282.56 | 45,495.44- |
| 28/09/2011 | 20/09/2011 | COSOLIDATION & REPAYMENT | | 45,492.43 | 3.01- |
| 29/09/2011 | 20/09/2011 | ajust.int.20.9.11 | | 3.01 | 0.00 |
| 30/09/2011 | 28/09/2011 | TO RECORD THE LOAN BALANC | 2,233,397.02 | | 2,233,397.02- |
| 20/12/2011 | 20/12/2011 | Interest | 44,283.30 | | 2,277,680.32- |
| 21/12/2011 | 20/12/2011 | INTEREST PAYMENT VALUE DA | | 44,283.28 | 2,233,397.04- |
| 21/12/2011 | 20/12/2011 | CONSOLIDATION & REPAYMENT | | 2,233,397.02 | 0.02- |
| 09/07/2013 | 09/07/2013 | TRSF | | 0.02 | 0.00 |
| | | BALANCE IN YOUR FAVOUR | | | 0.00 |

ACCOUNT CONDITIONS: 8.60% P.A. QUARTERLY Debit Rate

Error and omissions excepted | عدا السهو والخطأ

رسم الطابع المالي مدفوع نقداً | Fiscal Stamp paid at the MOF SA/2018/01302418

يعتبر كشف الحساب الحاضر نهائياً وملزماً لكم في حال عدم اعتراضكم عليه خلال مهلة شهر واحد من تاريخ إصداره

This Statement of Account is considered final and binding if no objection is raised within 1 month from date of issuance



Bank Audi sal - Capital LL 460,819,215,996 - MOF 3405 - C.R.B. 11347 - L.B. 56 - Phone: +961 1 994000 - Fax: +961 1 990555 - E-mail: contactus@banqueaudi.com - P.O.Box: 11-2560 - Beirut, Lebanon

# Acknowledgment of Receipt

# إشعار بالإستلام

To Bank Audi sal

إلى السادة بنك عوده ش م ل

Customer's name: Messrs. LAFARGE CEMENT SYRIA SA

Customer's Address: C/O B.P.31602RU'YAZ BLDG/4TH FLOOR/8TH GATE/EMAAR

I, hereby acknowledge receipt of the Statement of Account as per the below details, it is considered final and binding if no objection is raised within 1 month from date of issuance.

أصرّح أني استلمت كشف الحساب المبيّنة تفاصيله أدناه، حيث يعتبر نهائيا وملزماً في حال عدم اعتراضي عليه في مهلة شهر من تاريخ إصداره.

| | | |
|---|---|---|
| Account No | [redacted] 04 31 | رقم الحساب: |
| Currency: | US DOLLAR | العملة: |
| Balance: | 0.00 | الرصيد: |
| As at: | 31/12/2015 | لغاية تاريخ: |

Yours faithfully,

تفضلوا بقبول فائق الإحترام،

Date 16/07/2026 التاريخ:

Signature الإمضاء: